# CRIMINAL INFORMATION

- **MAGISTRATE'S CRIMINAL MINUTES**
- **Arraignment**
- **Plea and Sentence**

| | | | |
|---|---|---|---|
| | | | **TIME IN COURT: 30 MINUTES** |
| **Filed in Open Court:** | **Date: 4/23/2026** | **Start Time: 1:09 p.m.** | **Tape: FTR** |

MAGISTRATE JUDGE: **JUSTIN S. ANAND** Courtroom Deputy Clerk: B. Evans

| | | | |
|---|---|---|---|
| Case Number: | **3:26-cr-8** | Defendant's Name: | Edwin Brant Frost, IV |
| AUSA: | Angela Adams | Defendant's Attorney: | Nick Lotito |
| USPO/PTR: | S. Watson | Type Counsel: | ( ) FDP ( ) CJA (x ) Retained |

| | | | |
|---|---|---|---|
| | ARREST DATE: | | |
| | INTERPRETER: | | |
| x | INITIAL APPEARANCE HEARING. (x ) In THIS DISTRICT | | Dft in custody? ( ) Yes (x ) No |
| | Defendant advised of right to counsel. ( ) WAIVER OF COUNSEL filed. | | |
| | ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY. | | |
| | ORDER giving defendant | | days to employ counsel (cc: served by Mag CRD) |
| x | INFORMATION Filed. Copy of information given to dft? ( x) Yes ( ) No - Read to dft? ( ) Yes ( ) No ( x) Waived formal reading in court. | | |
| x | ARRAIGNMENT HELD. ( x) Waiver of Indictment filed. | | ( ) Dft's WAIVER of appearance filed. |
| | Arraignment continued to | | Request of ( ) Govt ( ) Dft |
| | Dft failed to appear for arraignment. | | ( ) Bench Warrant Issued. |
| x | Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance. | | |
| | **CASE ASSIGNMENT** | | |
| x | ASSIGNED to District Judge: | **May** | for trial, plea, sentencing proceedings. |
| | ASSIGNED to Magistrate Judge: | | for pretrial proceedings. |
| | Estimated trial time: | ( ) SHORT ( ) MEDIUM ( ) LONG | |
| | **BOND/PRETRIAL DETENTION HEARING** | | |
| | BOND/Pretrial Release hearing held. | | |
| | Government's Motion for Detention Filed. | | |
| | Detention Hearing set for | | |
| | Government's Motion for Detention is . | | |
| | Order of Detention Pending Trial is FILED. | | |
| x | BOND SET at $10,000 | ( x) Non-Surety ( ) Surety | ( ) Property ( ) Cash |
| x | Bond Executed. Defendant Released. | | |
| x | See bond for additional conditions | | |

## ORDER

x Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady; Giglio v. United* States, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady and Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.