U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 3 2026

Kevin P. Weimer, Clerk
By [signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 3:23-CR-00008

I, Edwin Brant Frost IV, defendant, having received a copy of the within Information, and having been arraigned plead Not Guilty thereto to Count 1 thereof.

In Open Court this 23rd day of April, 2026.

[signature] [signature] Brant Frost IV

SIGNATURE (Defense Attorney)
Nicholas A. Lotito

SIGNATURE (Defendant)
Edwin Brant Frost

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404 565 1200
Bar Number: 458150

Phone: 404-664-9086

Filed in Open Court by:

(Signature)

Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12