**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CaseNo.:** |
| | : | **3:26-CR-00008-LMM** |
| | : | |
| **EDWIN BRANT FROST IV,** | : | |
| **Defendant.** | : | |

**DEFENDANT EDWIN BRANT FROST IV'S**
**MOTION TO CONTINUE SENTENCING DATE**

Sentencing is currently scheduled for October 26, 2026. An amendment to the U.S. Sentencing Guideline loss table, effective November 1, 2026, reduces Defendant Frost's guideline calculation by two points. Counsel for Defendant Frost request the proposed continuance so the Defendant can obtain the benefit of the new guideline at the time of sentencing. Counsel also need additional time to obtain information from the Receiver to assist with determining restitution.The government has represented it opposes the proposed continuance, primarily because it will disrupt the scheduled attendance of certain victim witnesses. Defense counsel therefore request the sentencing be continued until November 16, 2026. Alternatively, were the Court inclined, victim witnesses could address the Court on October 26th, and the sentencing could conclude on November 16, 2026 when the

new Guidelines are effective.

Dated: October 13, 2026

Respectfully submitted,
/s/ Marc L. Mukasey
Marc L. Mukasey (admitted pro hac vice)
Torrey K. Young (admitted pro hac vice)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
mmukasey@seyfarth.com
tkyoung@seyfarth.com

/s/ Nicholas A. Lotito
Nicholas A. Lotito
LOTITO & KIRSCHENBAUM
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
(404) 565-1200
nick@nlsklaw.com

Counsel for Defendant
Edwin Brant Frost IV

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of October, 2026, I electronically served a copy of Defendant Edwin Brant Frost IV's Motion to Continue Sentencing and Proposed Orders using the CM/ECF system upon all counsel of record in this matter.

Respectfully submitted,
/s/ Nicholas A. Lotito
Nicholas A. Lotito