IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 3:26-cr-00008-LMM |
| | : | |
| | : | |
| EDWIN BRANT FROST, IV, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case comes before the Court on Defendant Edwin Brant Frost IV's Motion to Continue Sentencing Date. Dkt. No. [16]. Defendant requests that the Court grant a continuance because of an expected upcoming change in the guidelines and the need to determine restitution prior to sentencing. In response, the Government opposes the continuance because of the impact to the many victims who may attend the sentencing and Defendant's failure to otherwise show good cause. The Court agrees with the Government and **DENIES** the Motion. Defendant is not entitled to a continuance based on an expected change in the guidelines. As to the restitution issues, the Court can keep those open if the parties fail to reach an agreement. The Court is also mindful of the many

potential victims who may appear at the sentencing and the potential hardship to them if the sentencing is continued at this late date.

**IT IS SO ORDERED** this 19th day of October, 2026.

**Leigh Martin May**
**Chief United States District Judge**