**Exhibit A – Index of Letters in Support of Sentencing Submission of Edwin Brant Frost IV**


| Author | Exhibit Page Number |
|---|---|
| Jay Adcock | A-1 |
| Steve Akinboro | A-2 |
| Homer Allen | A-3 |
| Morris Jerome Bailey | A-4 |
| Joel Balin | A-6 |
| Dr. C. Mark Boyd | A-8 |
| Jane Brooks | A-9 |
| Dr. Paul C. Broun | A-11 |
| Chris Brown | A-12 |
| Warren Budd | A-14 |
| Danny Carroll | A-15 |
| Charles L. Cheek | A-16 |
| Eric and Debbie Coloney | A-18 |
| Dr. William Randal Colver | A-19 |
| Carroll Conley | A-20 |
| B. Chad Connelly | A-21 |
| Mike Crane | A-22 |
| Robert Cleve Cunningham | A-23 |
| Robert J. Daigle | A-25 |
| Robert M. Danner, Jr. | A-26 |
| Clinton M. Day | A-27 |
| Jim Fernander | A-28 |
| Eric Ferrell | A-30 |
| A[redacted] F[redacted] | A-32 |
| Benjamin Frost | A-34 |
| Caroline Frost | A-35 |

| Author | Exhibit Page Number |
|---|---|
| Elizabeth Frost | A-37 |
| Frederick Allen Frost | A-40 |
| Katie Frost | A-42 |
| Kayla Joy Frost | A-45 |
| Kem Thompson Frost | A-47 |
| Krista Frost | A-49 |
| William H. Gafford, Jr. | A-51 |
| Mark Grady | A-52 |
| Barbara Greene | A-54 |
| Carl Greene | A-56 |
| Shuler Griffin | A-58 |
| Randall Hall | A-59 |
| Mike Hardin | A-60 |
| Richard Harris | A-61 |
| Bruce E. Hawkins | A-63 |
| Craig Hemrick | A-65 |
| Carolyn Henderson | A-67 |
| Douglas Hill | A-69 |
| Dr. Julian C. Hutchins, Sr. | A-70 |
| Patrick V. James | A-72 |
| Cindy Johnson | A-74 |
| Phillip Jones | A-76 |
| James B. Jordan | A-77 |
| Kelly and Charlene Levering | A-78 |
| Keith Logue | A-79 |
| Michael Manning | A-80 |

| Author | Exhibit Page Number |
|---|---|
| Larry C. Matthews | A-81 |
| Laura Bell McKinley | A-84 |
| Donny McKinney | A-85 |
| William C. Meek III | A-87 |
| Winston Menzies | A-89 |
| Ella Miller | A-90 |
| Pete Mullins | A-92 |
| V.T. Murray, Jr. | A-93 |
| Gilbert Nichols | A-95 |
| David Nutter | A-97 |
| R. Marc Nuttle | A-98 |
| Randy C. Ognio | A-100 |
| Gary Pernice | A-101 |
| Joel Presley | A-103 |
| Gwendolyn H. Ridley | A-104 |
| Timothy Roberts, Sr. | A-106 |
| Paul Schneider, Jr. | A-108 |
| Helen Sherman | A-110 |
| Dr. James D. Sloderbeck | A-111 |
| James Lester Souter III | A-112 |
| Paul Stegenga | A-114 |
| Eric Swartz | A-116 |
| Hon. David Theiss | A-117 |
| Tim Tidwell | A-119 |
| Joshua VanDusseldorp | A-120 |
| Heinz W. Wegener | A-122 |

| **Author** | **Exhibit Page Number** |
|---|---|
| White House Restaurant, Inc. | A-123 |
| Amy Wilson | A-124 |
| Eugene C. Witt | A-125 |

Dear Judge May,

My name is Jay Adcock. I first met Brant shortly after my wife and I moved into the neighborhood in March of 2021. Brant would walk or jog past the house, and when he would see me outside working he would stop and we would talk. We had a lot in common, our faith, our outlook on life, and we quickly became friends.

In 2023 my wife was [redacted]. During that time Brant would always ask how she was doing and how I was holding up. He encouraged me consistently and prayed for us regularly, always praying for complete healing.

At one of the hardest points in my wife's illness, a care package arrived from Brant. It was completely unexpected and it meant more to us than I can put into words. He continued to check on us throughout her treatment and rejoiced with us when she came through it.

Brant has been a good friend in the few years we have known each other. We still talk and pray together whenever we cross paths. Even now, as he walks through his own difficult season, he continues to be an encouragement to others. That is simply who he is.

Sincerely,
Jay Adcock

**From**: Steve Akinboro

2630 Beaver Ruin Road

Norcross 30090

GA - October 5, 2026

**To:** Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

**Character Reference Letter for Bryant Frost**

Dear Judge May,

I have known Brant Frost over the last 10years, as part of Christian men prayer team and also in a business capacity.

After departing as Executive Vice President at Domino's Pizza USA - writing the next chapter of my life, involved a 3-year transition.

During the three-year transition period that followed - Brant Frost went beyond expectation to support my family. He provided the much need spiritual guidance with access to his vast network of business professionals available to me.

His mentoring and coaching have helped me immensely to prevent mental health issues during the 3year transition.

Brant is a family man, a devoted community leader and law-abiding citizen. He stresses integrity in all things. He's usually the first to first to flag issues that borders on integrity or violates the law.

Steve Akinboro - Owner Operator / President

McDonald's Restaurants Georgia

[redacted]

July 21, 2026

Dear Judge May,

I first met Brant Frost in 2005 at a weekly men's worship and prayer gathering known as the **Wednesday Warriors**. This early-morning fellowship brought together Christian men from across the Atlanta region who gathered to worship, pray, encourage one another, and seek God's wisdom for their families, churches, and communities. After many of these meetings, Brant and several of us would continue our conversations over breakfast.

At the time, I was serving at a Christian school in Kennesaw and Brant, and I frequently discussed one of the most important challenges facing Christian parents: How do we raise children who will remain faithful to God's unchanging truth in an increasingly secular culture?

Those conversations left a lasting impression on me. Brant was never interested in simply talking about the problems. He was deeply committed to finding practical, biblical solutions. One example has stayed with me over the years. Brant shared that he and his wife made the significant decision to relocate their family to Newnan because they believed the environment in their previous community was exposing their children to influences that could undermine the faith they were working so hard to instill. It was not merely a move to a different house—it was a deliberate decision to place their children's spiritual, moral, and emotional well-being ahead of their own interests.

In 2008, my family moved to Newnan after I accepted a position at *Trinity Christian School*. Brant graciously volunteered his time to help me find a home and introduced me to many people throughout the region. His kindness and willingness to help us made our transition much easier and reminded me of the genuine Christian hospitality that characterizes his life.

A few years later, when both of my wife's parents passed away in late 2011, Brant again proved to be an invaluable friend. He generously shared practical wisdom and sound advice as we navigated the many challenges of settling their estate. His counsel was thoughtful, compassionate, and incredibly helpful during a difficult season in our lives.

Today, I live and work in the Boston area, but my wife and I look forward to retiring to Newnan someday soon, even though our children live on the north side of Atlanta. Why? Because friends like Brant Frost exemplify the kind of character that draws us back to that area—men of integrity who love their families, serve others with humility, and remain steadfast in their commitment to the Lord.

I have known Brant over 20 years, and I feel that his life has consistently reflected the principles he professes, and I have always considered him a trusted friend, a man of wisdom, and a positive influence in my life. It a privilege to know him.

Sincerely,
***Homer***
Homer Allen
[redacted]

Morris Jerome Bailey
[redacted]

October 1, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

I am writing this letter because I want to share with you the person I have come to know during the past nine months through my friendship with Mr. Frost.

I first met Mr. Frost when I contacted him about a Generac generator for my home. During one of our conversations, I mentioned that our church was in need of two new air-conditioning units. What started as a conversation about a generator quickly became something much more meaningful to me. Rather than simply discussing the equipment, Mr. Frost took an interest in our church and began offering suggestions about ways we could raise the money needed for the new units.

He shared ideas and encouraged us to think about ways we could raise the funds without placing the church in unnecessary debt. I am thankful to say that, following those efforts, our church was able to purchase two new air-conditioning units completely debt-free. That experience gave me an early glimpse of the kind of person Mr. Frost is—someone who is willing to listen, offer encouragement, and use his knowledge and experience to help others.

Since that first meeting, Mr. Frost and I have had lunch together several times. Our conversations have gone far beyond business. We have talked about our lives, our families, our experiences, and, most importantly, our faith and how the Lord is working in our lives.

Those conversations have allowed me to get to know Mr. Frost on a much more personal level. I have come to appreciate his willingness to talk openly about his faith and his desire

to encourage others. He has never made our conversations simply about himself. He has been interested in other people and in finding ways to help them.

Mr. Frost has also attended services at our church. While there, he has taken the time to speak with several members of our congregation and encourage them to think creatively about raising funds to further the kingdom of the Lord. I have personally watched him invest his time and knowledge in people who could benefit from his encouragement.

I realize that nine months is not a lifetime, but I believe that meaningful relationships can develop in a relatively short period of time. In the time I have known Mr. Frost, I have seen kindness, generosity, faith, and a willingness to help others. I have personally benefited from his advice, and I have seen him encourage others as well.

I am not writing this letter to excuse anything that has brought Mr. Frost before the Court, nor would I presume to tell the Court how to carry out its responsibilities. I simply believe that a person should be known for more than the circumstances surrounding one difficult period of his life. I hope the Court will consider the person I have personally come to know during these past nine months.

Mr. Frost has made a positive impression on me, my church, and members of our congregation. I am grateful that our paths crossed, and I am thankful for the friendship that has developed between us.

Thank you, Judge May, for taking the time to read my letter and for allowing me the opportunity to share my personal experience with Mr. Frost. I respectfully ask that you consider these observations about his character and the positive impact I have personally witnessed him have on others.

Respectfully,

**Morris Jerome Bailey**

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I have known Brant Frost IV for over 20 years. During that time, he was pivotal in helping me connect with a group of men that I continue to meet with weekly today.

One experience in particular stands out to me as an example of Brant's character.

Several years ago, I began picking up a blind man so that he could attend our weekly meetings. I drove him to and from the meetings for a season, but eventually it became difficult for me to continue because my responsibilities required me to arrive early to set up equipment and remain afterward to pack everything up.

When I could no longer manage both responsibilities, Brant stepped in.

For an extended period of time, he went considerably out of his way to pick this man up, bring him to our meetings, and return him home afterward. What impressed me was that Brant didn't simply provide transportation. He helped him become part of the group, stayed alongside him during the meetings, and made sure he was included and cared for.

Doing this required a genuine sacrifice of Brant's time and freedom, and he continued doing it for someone who had nothing to offer him in return.

I experienced that same concern personally when I [redacted] and, later, [redacted]. During a season when it would have been easy for me to become isolated, Brant helped rally other men around me. He reached out with encouragement and continued to express confidence in me and in my ability to fulfill my leadership responsibilities.

Over the years I have known him, I have repeatedly seen Brant make himself available to encourage and support people around him.

These are a few of the experiences I have personally witnessed over more than two decades of knowing Brant, and I hope they provide some insight into the man I have known.

Respectfully,

Joel Balin
[redacted]

[redacted]

# DR C. MARK BOYD

[redacted]

Dear Judge May,

30 JULY 2026

It is my honor to write to you regarding my personal knowledge of and experience with Brant Frost and the Frost family.

Thirty years ago, when I moved to Newnan, Georgia, to minister to and serve the people of Coweta County, I quickly became aware of a shared desire among many local community and church leaders to develop a more unified effort to serve the area's growing population, increasing diversity, and expanding needs. Brant Frost was one of the first local leaders to support that vision and help bring it into reality.

During the years that followed, Brant volunteered his time and served admirably in numerous leadership roles focused on creating and maintaining a unified approach to meeting the spiritual, social, and humanitarian needs of the community. He served alongside me as cochairman of several communitywide events, including an evangelistic crusade and a children's festival.

Brant also helped plan and support numerous rallies for middle school, high school, and college-age students. These events addressed serious concerns such as illegal drug use, gang involvement, bullying, peer pressure, and criminal activity.

In addition to his leadership in these efforts, Brant has been actively involved in many charitable projects. These have included helping provide food for distribution, coats, book bags, and school supplies. He has also helped raise awareness and support for individuals and families who lost their possessions because of fire.

These examples, along with many others I could provide, demonstrate the character, compassion, and genuine concern that Brant and his family have consistently shown for the quality of life and well-being of others.

Without reservation, I commend Brant Frost and the Frost family to you. Thank you for your time and for considering my personal knowledge and experience as part of your deliberation.

Sincerely,

Dr. Mark Boyd

I am so happy for this opportunity of telling you about the Brant Frost that I know.

Many years ago, in Macon, GA, my husband and I were very good friends of his parents. Then we moved away [illegible] and I returned after my husband died. Our friendship resumed. A year later Brant's father died and his mother joined me in widowhood.

That's when Brant entered the picture! He was always attentive then but even more so after his mother [redacted] and long needing. Her sons decided she needed assistant living, so moved her to Carlyle Place, where I was already an independent resident.

Every Friday Brant drove from Newnan to Macon spending the entire day bringing joy to his mother. He took her to get her hair done, to lunch at the restaurant of her choice,

and anything else her heart desired! Occasionally I was asked to join them for lunch – such a treat.

During that time I was the recipient of Brant's thoughtfulness. I [redacted] on a cruise and was a patient in the skilled nursing section of Carlyle Place for 6 weeks. When Brant came to visit his mom he would often wheel her down to my room for a talk fest. I mentioned one visit that my coffee was always cold. Next thing I knew, he presented me with a Keurig coffee maker, complete with pods, 3 kinds of sweetener and stirrers. He is a dear friend and brother in Christ. May God give you a merciful heart as you determine his future.

Most sincerely,

Jan

# Paul C. Broun, M.D.

[redacted]


14 September 2026

To: The Honorable Judge Leigh Martin May

Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Regarding: Brant Frost IV

Dear Judge May,

I have known Brant Frost IV since the 1980's. He is a strong Christian who has always believed in doing what is right. His focus has always been to help others and to promote the principles in which he believes. He has continually been an honorable person with a strong moral code. Brant is a good man!

Regards,

Paul C. Broun, M.D.

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

Sept 9th, 2026

Dear Judge May,

Brant and I first met each other in Macon, Georgia in the early 1980’s…We were both young entrepreneurs and chasing our dreams together. My memories of Brant in those early days are that he was an outgoing,caring person…he was always positive and uplifting in his dealings with me and everyone else. He was, as I recall, a straight shooter…meaning he was direct about what he believed and he had very good morals. We both moved away and lost touch with each other over the years.

Fast forward approximately 25+ years and I get a knock on my door and it's none other than Brant Frost! I was surprised, embarrassed and frankly ashamed for him to see me in the state I was in ... .you see I was right in the middle of the most difficult time of my adult life ... [redacted]. I was living alone in the home my wife and I had purchased in Hampton, Georgia. My wife Tracy and I were separated at the time…we subsequently divorced. She had moved to Alabama with our daughter Grace to get away from me and all the chaos of the lifestyle I had allowed myself to fall into.

So here comes Brant Frost knocking on my door…saying HELLO! He was dressed in his suit just the way he and I use to dress back in our younger days…always so sharp and ready to conquer the world….I was a shell of the man compared to my younger days…I had lost my family, been fired from numerous jobs and in foreclosure on my home…..as my wife stated …”your living in a tomb”.

Brant literally tracked me down, he didn't know my address or my phone number …. he heard I was in trouble and came back into my life and rescued me from the garbage heap of life ..... literally picked me up and carried me to church and encouraged me to get the help I so desperately needed. I was basically homeless…no job…divorced and honestly had no hope…..I made the decision to move to Alabama and join a recovery home…a 12 month program to get your life back on track. Brant highly encouraged me to follow through with this decision …in fact he was on my wife Tracy’s side through all of this…he said I needed to step up and be a man and do the right thing by her and my daughter….Thank you Brant Frost!…for caring enough about your fellow man and tracking me down! Thank you for rescuing me! My wife Tracy and I remarried here in Alabama and we are a family together again…My daughter is now married to a wonderful young man, I have my own Insurance agency and it is going very well. Tracy and I purchased a home here in the Fairview/Cullman Alabama area.

We are so thankful for Brant.

It is indeed an honor to write this letter as a reference for his character….he has made a

difference and changed the trajectory of our lives in a better way…to say the least.

If anyone deserves the benefit of the doubt it's Brant Frost. We love and appreciate you Brant.

Most respectfully yours,

Chris Brown
[redacted]

**Warren C. Budd, Jr.** [redacted]

August 12, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

Thank you for the opportunity of sharing with you the character of Brant Frost. I have no business or other connection with Mr. Frost. I have known him since 1990. When we are together, we share our views on politics. During the nineties, he and I were leaders in opposing camps fighting for control of the Coweta County Republican Party. We fought like cats and dogs, even at one point, coming close to blows. During this struggle, I never saw him doing anything that I would consider unethical.

Brant Frost impresses me as a man who cares deeply about his family and his country. I served on a bank board for 20 years, and saw tellers become involved in indiscretions which later they said started small and got the best of them. I believe this is likely what happened to Brant.

My reason for writing is that I do not believe it would service society or the victims or Mr. Frost to give him an inordinately long sentence, because, in effect, due to his age, it would be a life sentence. A light sentence would give him the opportunity to make some restitution, and I see no benefit to the state of Georgia keeping him incarcerated for a long time. I am convinced that he is committed to doing what he can if he is able to get out before he is too elderly.

Thank you again for your consideration.

Best Regards,

Warren C. Budd, Jr.

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

October 1, 2026

Dear Judge May,

I am pleased to have this opportunity to offer my word of support for my good friend Brant Frost.

I first met Brant in 2007 when he visited Iowa. We have kept in touch since that time and became good friends.
Brant is a committed family man and active in support for his community, state and country.

He is the kind of friend who always wants to know how you are doing and what he can do for you. He loves his family and serves them sacrificially.

We have many friends in life and a few very close friends. Brant is one of those people that I would consider a close friend, and that closeness is only compromised by the geographic distance that separates us.

I am thankful that I know him and I look forward to many more years of friendship.

Respectfully,
Danny Carroll
[redacted]

**Charles L Cheek**
[redacted]

August 12, 2026

The Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I first met Brant in the mid to late 1980s at Holy Spirit Harvest Church in Macon, GA. We both attended that church led by Pastor Sam Drye. From then and for decades our relationship was limited to cordial greetings and brief conversations at church. Brant was always gentle, cordial, loving, and a friendly conversationalist.

Sometime in the mid - late 2010s Brant, who lived in Newnan, would periodically visit Sam in Macon. I'm not sure if he was making these trips prior to Sam's wife's death in 2016. I had been visiting with Sam and Rheba almost every Wednesday afternoon for a number of years starting prior to Rheba's death. Sam would always mention it when one of the old Holy Spirit Harvest Church members would reach out to him. I cannot remember specific dates or frequencies though.

I'm not sure exactly when but sometime in the late 2010s or early 2020s Brant started visiting Sam more frequently than before. It might have been because Brant's Mother was in a nearby nursing home or long-term care facility. I was grateful because my job at the time was preventing me from visiting Sam as often as I had in the past. Brant would send me selfies of him and Sam; they always put a smile on my face. I knew Sam well enough to know how precious Brant's visits were to him.

I am eternally grateful for the (as it turned out) last day Brant saw Sam alive. Brant had made his customary visit with Sam to the nursing home but this time something was different. Brant called me shortly after leaving the nursing home and said he didn't think Sam wanted to live much longer and that Sam wanted to see me. My wife and I raced over, spoke with Sam and agreed with him in prayer. He died later that night. If Brant had not called me, I would not have been able to see Sam one more time and pray with him. Sam had been my pastor, mentor, prayer partner, friend, shoulder to cry on, and father figure. I'm so grateful Brant understood my love for Sam, honored Sam's wishes, and let me know.

Brant didn't have to visit Sam all those times; I'm sure his schedule was compressed like everyone else's. But he did. Unbeknownst to him, Brant became my substitute when I couldn't visit Sam due

to my workload. Brant made sacrifices for Sam. No greater love does a man have, than to lay down his life for his friend (John 15:13). Thank you, Brant Frost, for being Sam's friend and mine.

Charles L Cheek

Eric and Debbie Coloney
[redacted]

Oct 2, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Bldg and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303-3309

Dear Judge May,

We are writing to offer our personal observations regarding the character of Brant Frost, whom we have known for over 35 years as friends. As a couple married for 50 years, we value commitment, integrity, and the importance of community—qualities we have seen consistently in our friend throughout our long association.

We are aware of the charges to which Brant has pleaded guilty, and we do not seek to minimize nor defend the harm caused by those actions. Innocent people were hurt, and we recognize the gravity of what occurred.

What we wish to convey is the person we have come to know across more than three decades. Brant has been, in our observation, a devoted spouse, a caring father, and a family man.

A few months ago, Brant spoke with us about the case. He expressed profound remorse for his failures and the damage he caused. He conveyed sincere regret for harming people who trusted in him and shared his earnest desire to restore what was lost and make right the wrongs committed. That moment revealed to us a person confronting his mistakes with honesty and accountability.

While we cannot undo the consequences of his actions, we respectfully submit this letter to provide context for the court regarding the individual behind the offense—a man who has maintained loving family bonds and who now faces the full weight of his choices with apparent sincerity.

We ask for leniency in his sentencing in the hope that he can correct his mistake(s) as quickly as he committed them.

Respectfully,

Eric Coloney

Debbie Coloney

Dr. William Randal Colver
[redacted]

August 4, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I am writing to respectfully request your consideration in the matter of Brant Frost's character. My wife and I have known Brant for over twenty-five years. We got to know Brant when he and his family faithfully attended Atlanta Christian Center (now New City Church, Fairburn, GA) where I had worked as an associate pastor. Brant was an active member who enjoyed serving others.

When we needed some financial advice regarding the sale of our home in College Park, Brant personally visited us twice. He took the time to carefully explain some options and pray with us. He also recommended an attorney for us to finalize the sale. He did this without compensation and genuinely desired our best.

Brant volunteered his time to raise funds for the Jesus Film project to distribute the Jesus Film to all the residents of Coweta County. He helped lead the effort to coordinate with local churches and assisted with the distribution.

My wife and I have always known Brant to be kind and generous.

Thank you for your attention to this matter and for your service to our community.

Respectfully,

Dr. William R. Colver, ThD

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

August 15th, 2026

Dear Judge May,

I am writing this character reference on behalf of my dear friend, Brant Frost. I have known Brant for eight years, having first met him under circumstances that immediately demonstrated his exceptional character, compassion, and persistence.

Our first contact occurred eight years ago when Brant called me out of the blue. He was visiting Freeport, Maine, with his family and came across a homeless individual who was clearly in desperate need of help. Knowing no one in the state, Brant spent hours tracking down potential local resources to assist this person. Someone eventually directed him to me because of the organization I was leading at the time, the Christian Civic League of Maine. Brant's relentless effort and persistence on behalf of a total stranger ultimately led to a positive outcome for that individual.

Impressive first impressions turned into a deep personal friendship when we met for lunch the following summer. Over the years, our bond grew over shared values and mutual respect. Brant's hospitality and generosity are unmatched; when I was stranded in Atlanta due to a canceled flight, he insisted that I stay at his home, which included an offer to drive to the airport to personally pick me up and return me early the next morning. Furthermore, one quality I uniquely appreciate in Brant is his ability to engage in spirited, vehement debate while remaining entirely respectful. During long hikes together over the years, we vigorously discussed highly controversial topics—discussions that pushed both of us to be challenged, refine our positions, and question our assumptions. That level of intellectual honesty and grace is a rare quality today.

Brant's deep love for his country and his neighbor emanates directly from his faith in Jesus Christ, a faith we both share. His genuine care for others—demonstrated so clearly by his actions in Freeport and his selflessness to friends in need—reflects a heart that truly seeks to serve people. I am proud to call Brant a friend, and I hope this reflection on his character provides helpful context as you consider his background.

Respectfully submitted,

Carroll Conley

Retired Executive Director, Christian Civic League of Maine

Honorable Leigh Martin May July 5th, 2026
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Dear Judge May,

My name is Chad Connelly, and I have a 501 C3 ministry called Faith Wins that encourages Christians to engage the culture with their voices and influence. I have known Brant Frost for over 10 years, mostly because he has been an active encourager to me and my family. Brant did donate to my organization for one year that I can remember, but he was a longtime friend and "balcony person" in my life for many years prior to that donation. Every time I saw him at any event, he made a point to seek me out, ask me about our work, encourage me and introduce me to others who needed to know about our work.

I have known Brant to be a Christian father, husband and friend during these 10 years and someone that I personally look up to as an example in those areas of my life.

Thank you and God bless,

B. Chad Connelly
Faith Wins

Mike Crane
[redacted]
9/6/2026

Judge Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Dear Judge May:

Three things come to mind for me when I think of Brant Frost; faith, family, and friendship. While just one of these would be sufficient to build a strong relationship on, he excels in all three.

Our families first met at a conference nearly 20 years ago that centered on strengthening and building families. By that evening, we had enjoyed a dinner together and though our families were different in size, background, and even our faith circles (I think that is why they call them “denominations” – what divides us) it was all part of what drew us together. My strongest first impressions of Brant, hold true to this day. His love and admiration for his wife, his kindness and sincerity toward others, and his devotion to his children remains unchanged.

While our day to day lives were very different, over the years our paths often crossed at the intersection of those things we share in common. When our paths did cross, Brant was always kind, genuine, intentional and caring. He always came across to me as the promoter of “others”. Our conversations never centered on him, but always included a mention of his family, my family or some relevant past event that I seldom recalled except at his prompting. He had a way of inspiring the best in others, by building them up and encouraging them. It is my strong impression that Brant put the interests of others before his own and was constantly in pursuit of that goal. Brant never sought the limelight, but worked tirelessly to help others achieve their goals.

What is the measure of a man? I know for me, my hope is that my children will flourish in the areas of common ground that built the relationship I share with Brant: faith, family, and friendship. I see all his children doing just that, flourishing in those areas, despite the current circumstance. Motivated by hope, anchored in faith, strengthened by family and encouraged through friendship; his legacy will be his children and I think that speaks very well, and most clearly of my friend, Brant Frost.

Sincerely,

Mike Crane

Wednesday August 19, 2026

Robert C (Cleve) Cunningham
[redacted]

**Honorable Leigh Martin May**
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

I am writing this letter on behalf of my long-time friend, Brant Frost IV.

Brant and I first met as young boys while attending the same grammar school in Macon, Georgia, during the 1960s and became good friends. Our families knew one another and lived in the same neighborhood. Although we attended different high schools, we remained acquainted, and after graduation in 1975 our lives naturally went in different directions.

In the early 1990s we reconnected when Brant became good friends with my father and volunteered, along with others, in my father's campaigns for the United States Congress in 1990 and 1992. During that period, I became reacquainted with Brant again through occasional visits and phone conversations. It was then that I became aware of his deep interest in public affairs and, more importantly, of his sincere Christian faith.

Over the past three decades, our contact has been infrequent, perhaps only a double handful of personal visits and occasional phone calls or emails. While we have not shared day-to-day life activities together, our friendship has remained one of mutual respect and periodic connection that has endured since childhood.

As I prepared this letter, I noticed an email I had sent Brant in November 2023 sharing a gospel message that I believed he would appreciate. He thanked me and said he looked forward to watching it. Then, in January 2025, I wrote Brant a handwritten letter expressing my gratitude for the encouragement he has been to me in various ways. In that letter, I thanked him for what I had observed from a distance over the years—his desire to seek God, his faithfulness to his family, and the care and kindness he consistently showed toward others. Those words reflected my honest understanding of Brant's character, which I know to be the same to this very day.

I do not know the details of Brant's business, how it developed, or the circumstances that ultimately led to these offenses. What I can affirm from public records, which also ascribes to Brant's character, is that Brant has acknowledged wrongdoing, pleaded guilty, and accepted complete responsibility for the losses suffered by those who entrusted him with their investments; and he has expressed sincere remorse for the pain his actions have caused, all this bearing witness and testimony to the character of my long-time friend.

My purpose in writing this letter is not to diminish the gravity of what has occurred, but simply to offer my honest testimony concerning the character of the man I have known for many years and still know to this present day.

Thank you for your consideration.

Respectfully,

Cleve Cunningham

Robert C. Cunningham, P.E.
[redacted]

Robert J Daigle

[redacted]

September 27, 2026

Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building and US Courthouse

75 Ted Turner Dr, SW

Atlanta, GA 30303-3309

Dear Judge May:

One of my son-in laws and one of my sons own a Construction Company. The financial troubles in 2007 and 2008 and the closing of many small banks made it difficult if not impossible for them to get financing.

Brant Frost stepped up and got them an SBA loan. The loan was really needed and helped them move forward. Incidentally, their company is still operating thanks to Brant.

I've known Brant for about 15 years and he is a man of faith.

Sincerely,

Robert J Daigle

Robert M. Danner,Jr.
[redacted]

October 5, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Bldg and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I have known Brant Frost IV for about 40 years, although we have not had frequent contact since he moved from Macon. During the time he lived in Macon, he was well respected in the community.

I ran for political office in 1986 and he was very helpful as finance chairman for my campaign.

Yours truly,

Robert M. Danner, Jr.

*Honorable Clinton M. Day*
[redacted]

August 14, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I am writing to express my support for Brant Frost and to offer my perspective regarding his character. I have known Brant for more than 35 years, and throughout that time I have primarily interacted with him at Republican gatherings, pro-family events, and other community and faith-based occasions.

Brant has consistently demonstrated to me that his faith is genuine and important to him. I have seen in him a sincere desire to do the next right thing and to live according to the principles he believes in.

In every gathering where I have been with Brant, I have known him to conduct himself professionally while also making those around him feel comfortable and welcome. I have seen him show respect toward people in positions of authority. Equally important to me, I have watched him show that same respect and courtesy toward people serving behind a counter at a restaurant, working at an event, or simply going about their everyday responsibilities. I believe the way a person treats people in those circumstances says a great deal about his character.

I have also known Brant as a man of faith and as a man who cares deeply about his family. In every personal interaction I have had with him over these many years, he has been a man of his word with me.

Most recently, I saw Brant at a Republican gathering where we came together for prayer surrounding a Republican convention. Brant was there on the front row praying and standing firm in the faith and convictions that he holds dear. That was consistent with the man I have known for more than three decades.

I know that Brant and his family are going through a very difficult time, and I want to do whatever I appropriately can to support them. I respectfully offer this letter simply as my personal testimony regarding the character I have observed in Brant over the many years I have known him.

Thank you for allowing me the opportunity to share these thoughts and for your consideration of this letter.

Respectfully submitted,
Clinton M. Day

Jim Fernander
[redacted]
8/17/26

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I consider it a privilege to be allowed to tell you about my friend Brant Frost. I have known Brant and his wife for about 38 years, beginning with a political campaign in which we were all involved. I have known their children all of their lives. I would take a bullet for any member of his family, and as I have told others before, "I don't just love Brant and his family; I even love his in-laws, and I do."

In my life, I have had the privilege of knowing several great men. Most of them are not famous (although two or three I would consider somewhat famous) but all were honorable men of great integrity, strong convictions, and noble character. Knowing these men has shown me that I, too, can strive to have higher standards in my life, and that striving has made me a better person. Of these great men, Brant Frost is one of the best.

There is an old proverb that basically says that, just as you can judge whether a tree is good by examining its fruit, you can also judge a man by the fruit of his life. Brant Frost has had a life of good fruit. During my 38 years of knowing Brant, we have done business together, volunteered together, prayed together, and socialized together. I cannot recall him ever using a profane word, making an off-color joke or remark, or behaving dishonorably in any way. In those 38 years, I do not believe he ever told me he would do something and then failed to follow through. I never had to get him to promise to do something because his yes means yes and his no means no.

I remember once coming back from having lunch together. Having trouble finding a parking space, I dropped Brant off close to his office while I looked for a place to park. As I was walking back toward his office, I saw that he had stopped to talk to someone. The other gentleman was disheveled and was not the cleanest man I had ever met. Their conversation came to an end, and not seeing me, Brant continued on to his office. I could see that the man continued watching Brant as he walked away. As I came up to him, he noticed me and, not knowing that I knew Brant, pointed toward him and said, "There goes one of the finest men that ever walked." That moment has stayed with me.

However, no one knows the fruit of someone's life more intimately than the members of his own family. The Frosts have five children. As I mentioned before, I have known all five of them all of their lives. I know the character of these children, and like their dad, they reflect his outstanding character. They have never been in trouble, and without a doubt, all five adore their dad.

As just one example, here is something Brant's oldest daughter, Katie, posted on social media about nine years ago: "Happy 60th birthday to the single greatest influence in my life. As a little girl I always wanted to tag along with my dad. Not much has changed. When people ask me why my standards for guys are so high, it's obvious they haven't met my father. Dad, you're the gold standard. Thank you for

giving me my optimism and extroverted personality. Thank you for teaching me to shoot, to read, to love classical music and how to throw a spiral. I'll always be your little girl. I love you, Dad."

The conflicts between mothers-in-law and sons-in-law are an endless source of jokes for comedians, but only because there is enough truth in the stereotype to make the jokes funny. I also know Brant's mother-in-law, having met her and the rest of her family at the same event where I first met Brant. It would be hard to find someone who has more class than Barbara Green. Poised, dignified, and graceful, she is also completely approachable. She is an insightful judge of character. Brant's eyes filled with tears as he told me that, at the height of all the attacks in the media against him and his family, and after losing all he had in his business, his mother-in-law came up to him, put her arms around him, and told him that if she had known before he and Krista married about all the troubles they would eventually go through, she still would have supported their marriage. It doesn't get much better than that.

Finally, I knew Brant's wife, Krista, before they were married. Not long ago, I attended a meeting that happened to include Krista. During that meeting, several people viciously attacked Brant. I was sitting only a row or two away from Krista and had a good view of her face. She was the picture of calm. Later, I sent her a text telling her that I thought she had handled it all with incredible strength. She basically replied, "It was very hard to listen to, but I know the heart of the man I married…." After nearly 40 years of close friendship, I know his heart as well. I also know the hearts of his wife, his children, and his in-laws.

Is it possible for people to be mistaken about someone's character? Of course it is. But nearly forty years is a very long time to observe a man in business, in friendship, in his family, in good times, and in difficult ones.

Brant is one of the most optimistic men I have ever known. He strives to be a gentleman in word and deed. We often have lunch together. As we take our seats in the restaurant, he frequently strikes up a conversation with people sitting nearby. If he sees someone he knows, he will walk over and say a quick hello. I have watched him treat servers with respect and genuine gratitude for their service. In larger restaurants, he asks the servers to convey his gratitude to those who prepared the food. In smaller ones, I have watched him stick his head into the kitchen and personally thank everyone. These are small things, perhaps, but after watching a man for nearly four decades, small things tell you a great deal about who he really is.

All businesses contain both reward and risk. All successful businesses have good years and bad years, and all businessmen make both good decisions and bad decisions. That is the rule, not the exception. However, making a bad decision is not the same thing as making a dishonest or malicious one.

I cannot speak to every decision Brant has ever made. I can speak only to the man I have personally known for nearly forty years. In all that time, I have never known him to be dishonest, dishonorable, or intentionally harmful to another person. The Brant Frost I know is a man of faith, integrity, loyalty, kindness, and strong character. I am proud to call him my friend.

Respectfully,

Jim Fernander

10/5/2026

Eric Ferrell

[redacted]

The Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge May:

Ma'am, I write to tell you about the kindness and humanity Brant Frost, and his family have demonstrated over the years. I respectfully request that you please consider them as you render sentence in his case.

Brant helped me land my first two campaign jobs immediately out of graduate school. I was finishing with a master's in political "science," heavy in theory and idealism and utterly lacking in real-world experience. Brant took a chance on me, helping me land work with responsiblies far exceeding my youth.

When I transitioned from campaign politics to more traditional, and predictable work, Brant and his family stayed involved with and supportive of me and my family. He attended my wedding. True to form, he showed up not just for the wedding, but for the marriage itself. When my Beloved Bride suffered debilitating and demoralizing illnesses year after year, Brant made time to minister to us. He provided counsel, encouragement and prayer.

My wife and I eventually saved enough to buy a home of our own from an investor who had purchased it at foreclosure auction. To fix it up to a point where it would serve as a suitable home for us and our five-year-old daughter, my wife and I hired a general contractor. In chatting with the contractor, we learned that he, too, knew Brant.

The contractor told me how he had made a house livable for a family. They had been living in a structure with no interior walls, only bare studs. For electricity there was an extension cord running into the house from outside. There was no heat or air conditioning. It was – to understate – not acceptable housing for a family. It was Brant who found the financial means for this impoverished family to pay the contractor to transform a hovel into a home.

Just two years ago – my father, my hero, died. Again, Brant was there for me and my family during the difficult time. He made the time to attend the funeral, specifically honor Dad's military service to me and each of my siblings.

Just weeks after my father's passing, a driver rear ended my decades' old 2001 Honda Civic. It was how I got to work. I had paid cash for it years earlier to avoid an expensive note, so that we could free up cash flow for my wife's medical expenses.

To add injury to injury, my insurance company – USAA - initially refused to pay the claim, even though the police officer responding to the collision had cited the driver who hit me from behind. USAA was founded by military service members and has marketed itself as embodying principles of military service such as loyalty and integrity. My late father was a decorated combat veteran who spoke well of the firm, trusting them to honor claims when financial hardship might befall us and our family would need them the most to keep their word. Their not paying hit my morale harder than it should have, making it nearly impossible for me to set about the practical task of finding an affordable, reliable ride to work.

I called the man who was like an elder brother to me, Brant Frost, to get his counsel. Over several conversations he patiently and cheerfully walked me through transportation options. His calm aplomb alone turned down the fear and anxiety, permitting me to focus on solving the problem. His specific, tactical advice helped me walk through to a solution. I got the wheels I needed to take care of my family.

For three decades, Brant and his loving family have been there for me and my family. I respectfully request that you please consider the whole person before rendering Brant's sentence.

Sincerely,

Eric Ferrell

A[redacted] F[redacted]
[redacted]

October 11th, 2026

Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge May,

When I think about my dad, the first thing that comes to mind is the kind of man he is and the way he has made me feel throughout my life. He has always been someone I could count on, someone whose presence brought comfort and whose love made me feel safe. He is a man who shows his love not only through the things he says, but through the things he does. He is dependable, caring, loving, and willing to show up when the people he loves need him most.

My father is also a man of faith. His faith is a part of who he is, woven into the way he lives and the way he cares for his family. To me, he is a reminder that faith is not about claiming to be perfect, but about continuing to grow, seeking to do what is right, and recognizing that we all have room to become better.

One of the earliest memories that comes to mind happened when I was only three years old. We were on a road trip to South Carolina. My dad was driving one car with my grandmothers, while my mother, my siblings, and I were following in another car. We were driving in rainy conditions when we began to hydroplane, and the car carrying my mother, siblings, and me went off the road at 60mph, disappearing into the woods and landing in water. I was only a little girl and I didn't understand the full weight of what was happening, the danger we were in, or how quickly everything could have become much worse. Seeing what had happened in his rear view mirror, my dad stopped his car and ran towards us. He didn't hesitate. I can imagine the fear he must have felt not knowing what he would find when he came to our car, carrying the people he loves the most. He reached into the car through a shattered window, scooped me up in his arms,

and pulled me out. He carried me to the other car and placed me safely in the lap of my great-grandmother, then ran back to rescue the rest of our family.

My father has made mistakes in his life. He has had moments he could have handled differently, decisions he may wish he had made another way, and things he has had to learn along the way. But one thing I respect about him is his willingness to take accountability for his mistakes. His mistakes are a part of his story, but they are not the entirety of his character. They do not erase the love he has given, the good he has done, or the man he continues to strive to be.

The character of my dad is found in the fuller picture of the man he is: a man who loves his family, who has shown courage when it mattered, who holds his faith close, cares about those around him, and who is capable of recognizing his shortcomings and taking responsibility for them. As a family, we grieve the pain and loss for everyone impacted by this case, and I do not presume to know all of the complexities involved. I don't believe that honoring someone means ignoring their faults. I believe it means seeing their character in its entirety, acknowledging their imperfections, and still giving credit to the goodness that is truly there.

When I was frightened, my father came. And when he held me in his arms, I knew I was safe. That is the man I love so dearly, and the father I am grateful for. Not a perfect man, but a great one. A man whose life has included mistakes, growth, service, love, and moments of courage. A man whose character deserves to be seen in its entirety, with honesty and grace.

I humbly ask you to take this letter into consideration when making your decision.

Sincerely,

A[redacted] F[redacted]

Benjamin Frost
[redacted]

September 8, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I have known my brother Edwin Brant Frost IV all my life and I am now 64 years old.

Brant is an eternal optimist. I believe he is an eternal optimist partly (maybe completely) because of his faith in God the Father, Jesus Christ the Son and the Holy Spirit. Brant seems to have always believed that things will always work out, sort of like "What would you do if you knew you could not fail?"

Brant has had many business interests in his life. One of which was a business called Amway. While this business interest did not last a long time, it was one that had a major impact on my life. At this time in the Amway business model, they provided inspirational, uplifting audio tapes. Audio tapes that provided a very optimistic and positive outlook on life. These tapes made their way into my possession while I was also part of the Amway business – not in my brothers "business line", but in another local Amway Dealer.

And let me tell you, that both Brant's personal optimism and positivity in life as well as his association with the Amway tapes allowed me to understand and learn that you have control over so much more of your life in ways many other people just do not understand. Only you can let others put you down – you decide whether or not to allow others to "put you down" in life. If you do not accept the ideas that others say about you, you get up, politely say "Thank you." and move on. Said another way, only you can let "stink'n think'n" get inside your mind and drag you down. This "control" of your frame of mind allows you to stay so much more positive, optimistic and continuing to move forward when so many others let it drag them down and put them in a terrible state of mind – some may even allow what other say to put themselves into a state of depression.

Brant has gone across Georgia and to many other locations to witness his faith over the years. Providing others with his testimony and arranging for others to provide their testimony of their faith. On several occasions, I have attended some of these gatherings at restaurants, church fellowship halls, etc. As he has witnessed to others, he has also witnessed to me. This has reinforced for me in my early adulthood my faith in God the Father, Jesus Christ His Son and the Holy Spirit.

This faith in God, Jesus and the Holy Spirit has been an important part of my adulthood. For on those rare occasions when my optimism and positivity was not as at the forefront as it might have been, I have reach out to God, Jesus and the Holy Spirit to help me resolve a challenge I might be having at that moment. And seemingly overnight (many times literally overnight), a resolution is delivered to me that allows me to get back into that state of mind of positivity and optimism and get out of that gray, foggy, stormy state of mind I may have been in just the night before.

Thank you for listening,

Ben Frost

Caroline Frost
[redacted]
October 12, 2026

Honorable Chief Judge Leigh Martin May
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Dear Chief Judge May,

My name is Caroline Frost and I'm writing to you on behalf of Edwin Brant Frost IV, my dad. I've known him since I took my first breath, and have had the blessing of being his daughter for 23 years.

This season has been the most devastating, earth shattering experience of my life. For many reasons, including having to watch my dad's character be viciously maligned yet unable to share who Dad really is – until now.

You will never meet a finer man than my dad. In a lot of ways Dad shaped me into the person I am today. He modeled a lifestyle of faithfully serving others and putting them first. There wasn't a need too big or a problem too small that my dad didn't want to jump in and help.

As a family, the dinner table has been the place where we gather at the end of the day. A sacred time to laugh, share wins and losses, and encourage one another. Whether that table is at home or at a restaurant – we come together. One day, my family was coming from different directions to meet for dinner at a restaurant. Dad left work early to meet us there in time. When we arrived at the restaurant, much to our surprise Dad wasn't there. Just then, he gave us a quick phone call to apologize and explain why he'd be late. On his way to the restaurant he noticed a car on the side of the road that had been in a car wreck. Because Dad's first instinct is to serve, he immediately pulled over and leapt into action. As he approached the vehicle, he found an elderly lady in distress. Dad offered any aid she needed, called 911, and stayed with her while they waited for the first responders to arrive. She was understandably shaken and overwhelmed by the wreck, but after Dad came to the rescue – he made her feel at ease. Dad has a unique ability to bring a calming, steady presence to any situation. Once the first responders arrived, Dad explained the situation to the authorities and assisted the lady with the next steps. He did all of this with nothing in it for him – he did it because that's the person my dad is.

Time passed and dad received a phone call from a strange number. It was the lady Dad helped on the side of the road that fateful day. She had searched and searched online to find Dad's number because she had to talk with him. She wanted to express her thanks to her "angel" who rescued her. In that moment, a complete stranger became a dear friend.

Dad asked her if she had found a new car yet. Due to a myriad of insurance roadblocks, she was still without a vehicle. So once again, Dad sprung into action. For Dad, an elderly widow without transportation was unacceptable – and he was going to change that. He scoured the country to find the perfect car within her budget, and sure enough he did. Dad put his signature love and care into making this vehicle ready to present to his new friend. The sweet lady was overjoyed by his selfless determination and kindness to find her a safe, beautiful, new ride she affectionately refers to as “Miss Blessing”. This is just one example of Dad’s character.

Another that comes to mind is when I was four years old and hospitalized due to an illness. As you can imagine, spending night after night in a cold, dreary hospital is daunting to a small child. I remember waking up in a panic to a sunless hospital room. Frightened and feeling all alone, I became increasingly anxious until my eyes saw something that instantly soothed me: My dad asleep in my room, never leaving my side. As always, his calm steady presence came to the rescue. I don’t know how I’d live without him.

Dad’s determination has always been a hallmark of his character. Whether it’s driving to half a dozen stores all across town to find the exact chips his kids want, or finding the perfect car for an elderly widow – he’ll stop at nothing to serve people in the best way. That determination is the engine of his redemption.

The hands that held mine as I learned to walk, wiped away my tears, and picked me up after every scraped knee, are determined to restore what has been lost to each and every person.

I do not presume to understand the complexities of this case. However, I understand the decision before you, Chief Judge May. While grieving for those who have suffered loss, and with utmost respect for the court – I humbly ask you as the same little girl in the hospital bed, to mercifully afford my dad the opportunity to redeem the affected individuals as soon as appropriate. I have never seen anyone more resolved to right their wrongs.

The man that was there for my first breath is devoted to making everyone whole until his last breath.

Thank you very much for taking the time to consider my perspective.

Mercifully,

Caroline Frost

**Elizabeth Frost**

[redacted]

**October 11th, 2026**

Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge May,

I write this letter for the court's consideration in the sentencing of my father, Edwin Brant Frost, IV.

My father has always been a constant in my life. He never let a day go by without telling me he loved me, and how proud he was that I was his daughter. He is my biggest encourager and the finest man I know. I don't know who or where I'd be without my dad and his constant presence in my life.

One of my earliest memories is being a little girl and being held by my dad while he'd walk back and forth in our living room, putting me to sleep while singing to me. I can still hear the melody of his song written just for me: "Lizzie girl, Lizzie girl, my sweet Lizzie girl." he'd sing several refrains. I always felt safe in his arms. Never in doubt of his love and care for me.

My parents always encouraged me to live out my faith. My father set a clear example for me and my siblings of what that looks like. Not perfect, but never ceasing.

As a little girl, my family and I lived across the street from a sweet older lady who was a widow. My Dad would frequently take me and my sisters over to her house for a visit, something I looked forward to because it meant spending time with my dad, our sweet neighbor, and getting to sit on her porch swing (a cause of great excitement when you are 4 years old). Sometimes we'd be there on her porch for over an hour. He never rushed his conversations with her, or with anyone he talked to. My dad always gave her and every person he encountered the entirety of his

attention. He does so because he values every person as made in God's image. Worthy of respect, kindness, care and attention.

My dad sets aside time every month to spend quality one-on-one time with each of his children. One Saturday, he and I went to lunch together. As we were finishing our meal, a woman passed by our table carrying a to-go bag and several to-go cups. Distracted and looking down as she walked, she ran right into the large glass window in front of her, her drinks crashing into the glass and all over her, leaving her understandably frazzled and embarrassed as people looked on. My dad didn't hesitate a moment before springing into action. Grabbing all the napkins he could find, he helped clean up the floor and window. On the verge of tears, the woman repeatedly apologized and expressed her embarrassment. He told her there was no need to apologize, no reason to be embarrassed, and that accidents like this happen to all of us. He continued to dry up the spill and offer her encouragement. I saw her demeanor change. A moment that could have ended with embarrassment and frustration; instead she left with a smile on her face, thankful for the kindness of a stranger.

The impact he's had on those around him was captured by something that happened just a few weeks ago. A lady stopped to talk to my dad while he was out to lunch with a friend. "Are you Mr. Frost?  I used to wait on you at Domino's for many years. I want you to know that I'm praying for you and I believe in you. Keep your head up and remember that you have a lot of friends in this town!" A woman who hadn't seen my father in 10 years still remembered him.

Stories like these are just a few of the countless times my dad has been a blessing in the lives of others. A friendly face to a waiter having a bad day, an encouraging voice to someone experiencing loss, a helping hand, a cheerleader, a friend to the lonely.

It is entirely impossible to sum up my father in a single letter. Narrowing it down to the ways he has impacted other people's lives for the better? Equally impossible. My dad's caring about those around him is intrinsic to who he is. To fully capture my dad is to recognize the lasting influence of his character on everyone he encounters.

One of the traits I admire most in my dad is his humility. He is always willing to own up to his mistakes and learn from them. If he ever felt like he'd upset me in anyway, he would always come and apologize to me with complete humility and promise to do better. I could count on him doing just that. Learning from his mistakes and striving to be a better man.

I've had the unique perspective of spending every day with my dad since the start of this case. I've seen firsthand the deep remorse he carries with him daily. He has agonized over the financial losses the investors have suffered and the hardships those losses have brought to their families. He has also lamented the pain this situation has caused our family. He has apologized to my mother, my siblings and me individually, many times. Just like he has done before, he is determined to learn from this experience and make things right.

I humbly ask you, Your Honor, to take the entirety of my dad's character into consideration when making your final decision. I ask you to consider his life filled with service, his sincere remorse, and his resolve to spend the rest of his life restoring what was lost. I also ask you to consider the void his absence leaves in the lives he's touched over his sixty-nine years; most notably, in the lives of his loving family. His wife, five children, in-laws, daughter-in-law and 9-month-old granddaughter.

Respectfully,

Elizabeth Frost

FREDERICK Allen FROST
[redacted]

October 5, 2026

Chief Judge Leigh Martin May
U.S. District Court - Northern District of Georgia
Lewis R. Morgan Federal Building & U.S. Courthouse
18 Greenville Street
Newnan, Georgia 43215

Re: Sentencing of Edwin Brant Frost IV, Case No. 3:26-CR-00008, in the United States District Court for the Northern District of Georgia

Dear Chief Judge May:

Edwin Brant Frost IV ("Brant") is my brother. We grew up together from birth. I know him well. Nothing excuses the bad choices he made that led to this case. Without offering a word of defense for what Brant did, I am writing to make you aware of context and background that may impact your sentencing decision.

**Earnest Optimism.** From adolescence Brant has been exceptionally positive and confident in his view of events and circumstances. He has always seen the world from a glass-half-full perspective, a view that has fueled the way he faces adversity and overcomes challenges. Brant's can-do spirit has been a strength that has driven success. For example, at age 16 and long before Dominoes popularized the concept, a confident Brant and a business partner opened a pizza delivery business — an early confidence-building experience for a teenager just starting out. Over the years, Brant's earnest optimism and hard work led to many successful business transactions and enabled him to recover from ones that went poorly. In this case, however, Brant's great strength became his great weakness and led to perilous choices. Those choices were not taken out of greed, but with an earnest belief that "he could make everyone whole" with his next success. Perhaps it was irrational optimism, but it was *earnest* optimism. It was not malevolence.

**Authentic Remorse.** Humbled by all that has happened, Brant stands before you with a contrite spirit and heart filled with authentic remorse. I am among the many who have seen these first-hand. Brant's deep contrition is noted in the *Atlanta Journal & Constitution*'s July 20, 2025 report[1] about Pastor Harry Parkerson's frank July 7, 2025 conversation with Brant: "The pastor said he admired Frost's contrition." What Brant did was entirely wrong. To Brant's credit,

[1] https://www.ajc.com/news/2025/07/who-is-first-liberty-founder-brant-frost-iv/

he has not a shred of denial in him about that. Brant owns his wrongdoing. He is genuinely sorry and contrite. And, he is determined to restore trust and to live a life of honesty and integrity following the immense personal failure that brought him to this point.

**Redemptive Resolve.** Resolved to bring about good from his incarceration, Brant's plan is to use his time in prison serving as a tutor or teacher in GED and other educational programs for his fellow inmates. He has applied to Adams State University's Prison Education Program to complete his undergraduate degree, so that he can pursue teaching credentials. Though Brant cannot be officially admitted to the Adams State program until he is incarcerated, he already has submitted his letter of intent, application, transcripts, and other paperwork so that he can be admitted and begin his coursework immediately upon incarceration. More than merely offering an apology with words, Brant wants to redeem his wrongdoing with action. I know that Brant will not rest until he has seen some good happen as a result of his time in custody.

**Family Mortality.** Our father died at 82. Our grandfathers died at 71 and 75. Our paternal great-grandfather died at 68. Brant, now 69, is not likely to defy that family history. A ten-year sentence might well be a life sentence for Brant. At the very least a sentence of that magnitude would present a good chance of death while in federal custody. I humbly ask for your favorable consideration of post-custody conditions of supervised release, such as more extensive community service, as part of a shorter term of incarceration.

Thank you for reading through these points for your consideration in sentencing Brant.

Respectfully,

Fred Frost

Fred Frost

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

August 27th, 2026

Dear Judge May:

The past year has been a time of loss and pain for everyone involved in this case. Lives, including my own, have been changed forever. I invested the majority of my savings with First Liberty and now find myself trying to rebuild financially. I have great empathy for the other investors as we walk a similar path and pray everyone can be restored, while finding the peace that I have found through my faith and through knowing the true character of my father.

If you were to ask me to sum up my father, I would tell you that he is my hero. We know from history that heroes are not perfect men. They do not always get it right, but they never stop trying to right their wrongs. That is what makes them heroic. That is my father.

My earliest memories involve my father. He was, and is, a constant presence in my life. Most days of my childhood began with my father softly knocking on my bedroom door, telling me it was time to get up and that he loved me. He never went a day without telling each of us that he loved us. One of his favorite refrains was, "Have I told you today that I love you? Because I do."

Dad's office was close to our home, and he regularly returned for lunch. As a homeschooling family, this meant he spent his lunch hour helping his children with various subjects; in my case, teaching me how to read. He would go back to the office for several hours before coming home for the evening.

Our childhood home had a patch of loose gravel right by the spot where Dad would park his car. I can still hear the sound of his tires over that loose gravel. That distinct crunch was my favorite sound because it signaled the best part of my day: Dad was home.

Even now, as an adult, I love the sound of a gravel driveway because it takes me back to being a little girl, running to welcome my father. My hero.

In 1998, my grandfather tragically passed away [redacted] at the age of 59. I was only six years old, but that day is forever seared into my memory because I was the one who found his body. As I am sure you can imagine, that was a traumatic experience for a child.

Only a few days before, I had last seen Papa Lyle, and he told me how excited he was for my first Nutcracker performance in two weeks. Now that he was gone, I did not want to dance. I still remember sitting by the Christmas tree at my grandparents' home as Dad explained to me that Papa Lyle would be watching from Heaven and would tell George Washington to move over because he needed a front-row seat to watch his granddaughter.

Dad always knew what to say and how to encourage his little girl.

One of Dad's many gifts is encouragement. It is such a part of who he is that one friend even took to calling him "Barnabas," who was known in the Bible as the "Son of Encouragement." He has a place in his heart for those who need encouragement and are often overlooked by society.

Over the years, this has often meant taking someone under his wing, like Mr. Charlie up the street. When Mr. Charlie's wife passed away, he was heartbroken and alone. In his 90s and estranged from his children, Mr. Charlie needed a friend, and he found one in Dad. What began as a knock on the door during Dad's regular walk through the neighborhood became daily check-ins and weekly lunches until Mr. Charlie moved to a retirement home, where the lunches continued.

Then there was Chester, a blind African-American gentleman who lived in Section 8 housing and had heard about the Bible study Dad attended. For years, every Wednesday, Dad and Chester would go to Bible study, have breakfast at the White House Diner, and occasionally go on a site visit together.

And Larry.

Larry was a retired Marine in his late 70s, divorced, and without a family. Dad and Larry had a routine similar to Chester's: Bible study and the White House every Wednesday. Dad would also invite Larry to political events to give him a chance to be with others. He even helped Larry get a job as a greeter at the VA hospital so he could connect with his fellow veterans.

One day, Dad noticed that Larry's Marine Corps cap had become worn from daily wear. He asked us to help him find a new one and gave it to Larry one Wednesday. There was no special occasion or reason. Dad had simply seen a need and quietly filled it.

When Larry passed away, his family asked Dad to sit with them at the funeral and gave him the cap.

Dad is always there for his friends and his family.

Shortly after this case began, I was driving in Atlanta over the July 4th weekend when I got a flat tire. A wrecker was nowhere to be found in the holiday traffic, and after two hours of waiting, the insurance company told me they would send one on Monday.

Hot, tired, and frustrated, I called my mother to update her on the situation. She replied, "Your father will be there in 15 minutes with a wrecker friend to get you and the car."

I began to cry.

Once again, my dad, my hero, had come to the rescue. And I wondered what I would do without my knight in shining armor.

While many people call the mother the heart of the family, my father is its soul. He is the one who gave us our purpose, our values, our drive, and our mission. None of us would be half the people we are today without Dad.

When I look back at every big moment, important decision, and valuable lesson in my life, Dad was there. I am in my current profession because I was inspired by my father. The skills, values, and confidence he gave me have taken me places that the little girl running down the driveway never would have dreamed.

Trying to imagine my life without him is like imagining a symphony without instruments. The grand hall and stage are still filled with people, but everything feels empty.

Dad is full of memorable sayings, and they often rhyme. One of his favorites about raising children is, “More is caught than taught.” This mindset is why he did not just tell us how to live; he showed us.

He encouraged us to read our Bible, to develop a personal relationship with God, and I cannot remember a day when I did not see my father read his Bible or say a prayer for his family.

Religion and the existence of God are always topics of passionate discussion in the world, but it was very simple for me to understand as a young child. I could grasp the concept of a Heavenly Father who loved me, wanted what was best for me, and would always be there for me because I already had that in my earthly father.

Dad was leading by example, even when he did not know it.

He also stressed accepting responsibility, apologizing, and making things right. While my parents did not have many “discussions” around us as children, when they did, Dad always made a point of bringing the family together before the day was over. He would apologize to Mom in front of us and then apologize to us for not being the example he should have been as a husband and father.

Dad never wanted us to doubt that our parents loved each other, and he would not let the sun go down without making things right with his family.

This is the same man who will not let his life end without making things right.

Your Honor, I fully understand the seriousness of the matter before you, and I do not presume to know what your decision will be. I humbly ask that you show my father mercy and that, because of your decision, I will soon be able to relive my favorite childhood memory:

Welcoming my father home.

Respectfully submitted,

Katie Frost

**Kayla Joy Frost**
[redacted]

October 13, 2026

**Chief Judge Leigh Martin May**
**United States District Court for the Northern District of Georgia**
**Lewis R. Morgan Federal Building and United States Courthouse**
**18 Greenville Street**
**Newnan, Georgia 43215**

Dear Chief Judge May:

I am writing to the court in consideration of Edwin Brant Frost IV ('Brant'). I write to you as Brant's daughter-in-law, and I respectfully ask the Court to extend him mercy and allow him the opportunity to work toward making things right for those hurt by his offenses.

I met Brant in 2025 while dating my now-husband, Edwin Brant Frost V. From the beginning, Brant made me feel welcomed, loved, and valued. Through countless acts of kindness, he made me feel like family.

In July of last year, I was recently married, newly pregnant, and still finding my place in a new community and a new part of the country. In the midst of his own trials and struggles, Brant drove me places when I needed a ride, dropped food at my doorstep when I was sick (on multiple occasions), and offered genuine friendship when I was still a stranger to the South. I also observed him interacting with his wife, children, and others during the hardest time of his life. I witnessed his love, heartfelt care, and helpful spirit towards those around him. He never lashed out in anger or blamed anyone else for his situation, but verbally and through his actions took full responsibility.

Since July of last year, I have seen Brant's desire to acknowledge his mistakes and make things right. Nearly every time I have seen him, he has spoken about making amends to those hurt during the First Liberty collapse. During quiet conversations at my home while he rocks my infant daughter in his arms, he has shared his hopes for the future. They are not focused on himself, but on helping others and making things right. I have seen the pain and remorse on his face as he speaks of his desire to help those affected. Based on what I have personally witnessed, I believe his commitment is sincere and lasting.

I understand that remorse cannot undo the financial losses or suffering others have experienced,

and I do not wish to minimize that harm. However, I believe Brant can devote his remaining years to meaningful efforts to help others and can make a real difference. He is great at encouraging people, recognizing their potential, and helping them work toward their goals. I believe he could use these abilities to bring hope and direction to people seeking a fresh start, both during incarceration and after his return to the community.

Brant is also a loving grandfather to my nine-month-old daughter. He treats her with extraordinary patience and tenderness and is one of the few people I trust to care for her. I cannot imagine her life without his love and guidance. My heart aches at the thought. As her mother, I hope she will grow up witnessing not only his kindness, but also his efforts to demonstrate accountability, humility, and redemption through his actions. I believe seeing him dedicate himself to making amends could teach her a lesson that lasts a lifetime.

If I could choose among a million men to be my father-in-law, I would choose Brant every time. I love and respect him, and I believe he still has much good to accomplish. I respectfully ask the Court to consider mercy and give him a meaningful opportunity to turn his remorse into lasting action. I believe the good he could do would extend far beyond our family.

Thank you for considering my perspective.

Respectfully,

Kayla Joy Frost

KEM THOMPSON FROST
[redacted]

October 7, 2026

Chief Judge Leigh Martin May
United States District Court for the Northern District of Georgia
Lewis R. Morgan Federal Building and United States Courthouse
18 Greenville Street
Newnan, Georgia 43215

Re: Case No. 3:26-CR-00008, in the United States District Court for the Northern District of Georgia — Sentencing of Edwin Brant Frost IV

Dear Chief Judge May:

I write this letter for the court's consideration in the sentencing of Edwin Brant Frost IV ("Brant"). Brant is my brother-in-law, whom I have known for nearly 40 years. For background, I am a member of the Texas bar, licensed since 1983. I spent the first 15 years of my legal career in private practice. After becoming an appellate judge in 1999, I served in the Texas judiciary for nearly 22 years, until my retirement at year-end 2020.

Brant faces sentencing as a deeply repentant offender. Beyond accepting full responsibility for his actions, Brant has shown great remorse for what he did. He has acknowledged the painful and costly consequences of his poor choices and their terrible impact on many who invested their funds with the company he founded. Brant has agonized over the investors' financial losses and the resulting difficulties their families now face. In reflecting on what brought him to this point, Brant has come to grips with his failures. He speaks of them in utter humility and in a way that reveals both a contrite heart and a firm resolve to do what he can to redeem his failures going forward.

Brant longs to put things right. He has spent time thinking through his vision for the next season of his life and how he can do good during and after his coming period of incarceration to somehow make amends even if it is beyond his power to make the investors whole. He knows that the best apology is changed behavior, and he has taken concrete steps to move forward and plan for the time ahead.

Brant believes that when the page turns to the next chapter, he can use his skills to help other justice-impacted individuals build better futures. One possibility he is pursuing is to help G.E.D. students prepare for the series of exams they must pass to get high-school equivalency credentials. Brant has a real talent for identifying individuals' strengths and encouraging them to make

and pursue goals. A naturally gifted mentor and coach, he has a way of motivating and inspiring people to do hard things, to stay accountable to their objectives, and to finish what they start. Brant believes he could play a crucial role in helping students develop study plans, grasp content, stay on track, earn their credentials, and become successful. In sum, Brant has the potential to bring help, hope, and light to many in prison while he is there and afterward to people in his community.

At 69, Brant has experienced ruin in a way he never would have imagined. He has lost his business, his livelihood, and his reputation. Soon he will lose his freedom and also suffer the hard collateral consequences that will follow his felony conviction, all of which will make his punishment unavoidably severe and long-lasting regardless of the length of the sentence he receives.

Many believe that justice defeats itself by a punishment that is so loaded with harsh effects that it crushes the redemptive spirit in the heart of a repentant offender. With so much now lost and so many challenges ahead, Brant's redemptive spirit has become his greatest asset — the fuel that runs the engine of his atonement. Protecting that asset by tempering the period of incarceration with a heavy dose of community service would serve the public, honor the purposes of punishment, and elevate the ends of justice more than a sentence that prioritizes retribution.

Respectfully,

Ken Frost

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

September 27th, 2026

Dear Judge May,

My name is Krista Frost, and I have been married to Brant Frost for almost 38 years. We first met working on a presidential campaign in 1988. Sitting here today, it is hard to believe that Brant has been central to 2/3 of my life. He has been by my side through the greatest joys and the deepest sorrows. He has been a source of strength, encouragement, wisdom, patience, and boundless optimism in our life together.

I know you will hear many people share their experiences with Brant and how he has impacted their lives. I can tell you, as his wife, that he is my rock. Through every difficult chapter of my life, Brant has been there to figuratively and literally hold my hand. When my father died unexpectedly [redacted] at 59, Brant was there when our family needed him most. He helped me through my grief as I spent my 30th birthday picking out my father's casket, consoled our 6 year old daughter who found the body, and advocated for my mother when my father's employer tried to withhold her survivor benefits. He was the calm and steady presence we needed in that time of tragedy. When my sister received a [redacted] in her early 30s as a mother of 5 young children, Brant immediately activated his network to make sure she became a patient of the leading oncologist in Georgia and received the best possible care. Once again, Brant stepped up and helped our family in a time of suffering.

In the years that followed my father's death, we struggled to have another child. [redacted] We both longed for a baby, but wondered if we would be blessed again. In 2002, I became pregnant and was deemed high risk. Between the stress of the pregnancy, and the countless doctor visits, I developed insomnia and couldn't sleep. Brant would walk the halls with me at night, holding my hand, encouraging me, and telling me everything would be okay as I feared for the baby growing in my womb. In March of 2003, we welcomed our third child, a little miracle named Caroline. Just when I thought my sleepless nights had ended, she [redacted]. For most women, this would mean they wouldn't get a moment's rest, but most women don't have a man like Brant as their husband. He patiently and faithfully would walk our baby to sleep every night. In the same halls where he walked with me during my pregnancy, now he walked our little baby so I could sleep. Once again, Brant was there when I needed him most.

God blessed us with two more girls in 2006 and 2009, and both pregnancies faced their own complications. My insomnia came back, and every time I needed him, Brant was there. To this day, when I am struggling to sleep or feeling anxious, all I have to do is reach over in the bed and hold

Brant's hand. His presence is all I need to know everything will be okay. Knowing he is there, I am able to rest.

Now, I am facing the most difficult chapter of my life, and I do not know how I will do it without my husband by my side.

Your Honor, I know that this entire tragedy has brought pain and suffering to many families, including my own. I also know the heart of my husband. One of Brant's greatest qualities is his resilience. Nothing keeps him down for long or gets in his way. When Brant makes up his mind to do something, he does it.

When Brant sat me down last summer to tell me what had happened, I felt like my whole world was falling apart. Then he said, "Lord, please let me live long enough to pay everyone back". His concern wasn't for himself; it was making sure he took care of everyone impacted by the collapse of his business. Brant is determined to make this right and will spend every moment he has in this life working to make everyone whole.

My plea to you, Your Honor, is to give him that chance. A lengthy sentence at his age is effectively a life sentence. Rather, I would ask you to impose a sentence where he would be able to work towards restitution. This would allow the victims to be made whole financially, and our family to be made whole by his presence.

Whatever lies ahead, I will be here for my husband, just as he has been there for me and countless others. And whenever he returns home to us, I will be there to hold his hand.

Respectfully submitted,

Krista Frost

Honorable Leigh Martin May July 27 2026

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge May:

I am writing to provide a character reference for Mr. Brant Frost. My relationship with Brant dates back to my years as President and Chief Executive Officer of a community bank in Carrollton, Georgia. From approximately 2001 through 2009, Brant and I worked with a number of mutual clients and interacted regularly in a professional capacity. Following my banking career, continued to know and work with Brant from approximately 2009 through 2021 through my commercial lending and underwriting work with CrossGare Capital Funding, where I specialized in SBA and USDA Business & Industry (B&I) financing. During those years, we continued to interact professionally on matters involving mutual clients and commercial lending opportunities.

Over the course of those two decades, I consistently found Brant to be professional, courteous, and respectful in our business dealings. He was prepared, responsive, and treated clients and business associates with dignity and professionalism. My interactions with him were always positive, and I never experienced conduct that caused me to question his integrity or his commitment to serving clients responsibly.

I fully understand that Brant has accepted responsibility by pleading guilty and that the Court must determine an appropriate sentence based upon all of the facts and the applicable law. I do not presume to comment on those matters, nor do I seek to minimize the seriousness of the offense. My purpose is simply to share my firsthand experience with Brant over approximately twenty years of professional interaction.

Based on my personal knowledge, I respectfully ask the Court to consider the many years during which Brant demonstrated professionalism, courtesy, and respect toward those with whom he worked. I hope my observations assist the Court in evaluating Brant as a whole person, in keeping with the Court's responsibility to consider all relevant aspects of his character.

Thank you for your time and consideration.

Respectfully submitted,

**William H. Gafford Jr.**

**MARK GRADY**
[redacted]

**CHARACTER LETTER FOR BRANT FROST**
[redacted]

---

**JULY 9, 2026**

Dear Judge Leigh Martin May,

This letter is to support the character and decency of Brant Frost. I have been a friend of Brant though our attendance at Passion City Church Trilith. I am a founding member of Passion City Church and have held several volunteer roles over the course of 18 years. My first and primary role is as a civilian security team member of which I have led the teams in support of local police and sheriff departments.

The role of the security team is to keep watch over each gathering to ensure the safety and civility of those in attendance as well as securing the safety of the children and youth of those attending each gathering and special event.

I was the first security church team lead after having served in that capacity during the overseas and domestic Gatherings in Sao Paulo, Paris, LA, Dallas, and Atlanta. I was trained by a team of Texas Rangers during these events.

Meeting, greeting, and evaluating those in attendance to help facilitate the focus and attention to the messages and worship is a role that requires vigilance and close communication with professional Officers of the Law.

I have a professional background in IT at Delta Air Lines, from which I retired in 2025, after 36 years as well as a Masters Degree in Theology from Liberty University.

Brant has been faithful attendee at PCC Trilith, bringing and supporting his family members in their volunteer efforts. I have been introduced to his children who lead worship and have witnessed their character and sincerity which is a legacy imparted to them by their father, Brant. In this challenging time, character reveals itself under pressure. Brants character is one to emulate.

I would ask that you consider this imparted legacy as you deliberate this serious charge. The character, joy, and love of family is a direct reflection of the man I have come to know and love as a brother in Christ.

Thank you for your attention as I write in whole-hearted support of a dear friend.

Sincerely,

*Mark Robert Grady*

Barbara Greene

[redacted]

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

October 10th, 2026

Dear Judge May,

Thank you for taking the time to read my letter about my son-in-law, Brant Frost, IV. Our family first met Brant in 1988, when we volunteered on a presidential campaign. My husband Lyle and I were impressed by him, his leadership, and manner. He was a true Southern gentleman in every sense. Soon we invited him to our home for dinner. During the meal he was speaking with my husband and asked him if he had served in Vietnam. Lyle never spoke of his service, even though he spent several years in the Air Force, flying dangerous missions. The response to our men in uniform coming home from Vietnam had been one of scorn. My husband and his men were told to wear a hat to cover their military buzzcuts when leaving the base, to avoid being heckled or assaulted. Lyle replied that he had, and Brant stood up, saluted him, and thanked him for his service. At that point it had been 19 years since Lyle had returned home, and Brant was the first person who thanked him for serving. That early impression of Brant stayed with me. C.S. Lewis famously said “you never meet a mere mortal” and Brant lives that out. He takes an interest in people, cares about their stories, and treats them with respect. Every single person he encounters receives the same thoughtful and kind manner, from a powerful politician to the homeless man downtown who would come by his office regularly.

Soon Brant became our son-in-law, father to our grandchildren, and a constant presence at family gatherings. His ability to make everyone feel loved and at ease, from my parents to the youngest grandchild, was a gift. On family vacations, the grandchildren would all flock to “Uncle Brant”. He led early morning walks on the beach, crabbing expeditions, and in the afternoon would gather all of the children for story time, giving the rest of the adults a much-needed break. Having 10 children under 12 in the same house can be a lot to handle, but Brant was the pied piper who kept them all in line.

Ten years after we first met Brant, Lyle died [redacted] at the age of 59. In that time of grief, Brant was once again the presence we needed. My husband had been a Captain for a major airline and was only 11 months away from retirement at the time of his death. Soon after his passing, we learned there was a dispute over how they would handle my benefits. I was confused, overwhelmed, and unsure what to do. So I went to Brant. He knew what to do and helped advocate for me, making sure that a multi-billion dollar corporation did the right thing by his widowed mother-in-law.

Two years later when I found myself ready to enter a new chapter and remarry, Brant was one of the first people I told. He was delighted for me, loving and encouraging as always. In moments of great joy and great sorrow, Brant was there and one of the people I knew I could go to.

As I look back on the nearly 40 years Brant has been in our lives, I am grateful. I am grateful that he has been a loving husband to my daughter, an attentive father to five of my grandchildren, and the finest son-in-law a woman could want in her family. When Brant told us what had happened, we grieved with him, but it did not change who he is, or my love for him. I have never once regretted that I blessed his marriage to Krista, because it is truly we who have been blessed to have him in our lives.

Brant is a remarkable man. He is full of optimism and determination, always seeing the best in people, and never assigning malicious motives when something goes wrong. He always shows grace and mercy to others. My humble request is that you would please take Brant's entire life into account, showing him the same mercy he has shown countless others.

At 83 years of age, I know that my time on the earth will be coming to a close soon. My daughter needs her husband, and my grandchildren need their father. I pray that you will allow them to be reunited soon, so that my family can be together once more before I am called home.

Gratefully,

Barbara Greene

Carl Greene - [redacted] 10/11/26

Honorable Judge Leigh Maritn May

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA. 30303-3309

Dear Judge May,

I am Carl Greene, Pastor Emeritus, Grace Community Fellowship in Newnan, Ga. I am also father-in-law to Brant Frost IV.

I first met Brant in1988. I co-officiated at his wedding in 1989. In 2000 I married his widowed mother-in- law, so I have known him on a deeper level for the last 26 years. I am writing to express what I have known of him over these years.

He has been a kind and generous man toward his family, his community, his employees, and to people in need. To be brief, I share three examples.

- I have known few men as faithful, loving, and committed as a father and husband. He spent great amounts of time and energy teaching and guiding his children as they grew up. They have developed into fine, capable young adults who are honest, respectful, and care for others. He has the deep love and respect of his wife and children. The children love each other, not just as siblings, but also as good friends. The positive influence of their father is evident in each of them.
- Several years ago, Brant met a man named Lee who was out of work and lived in a ramshackle, pieced together trailer in the woods of Heard County. Brant gave him some odd jobs and helped with his bills. At that time our church was building an addition. He introduced me to Lee and we arranged for our contractor to hire him to help with the project. Later Lee developed serious health issues and Brant helped with his medical needs. When Lee passed away, I conducted his funeral. He had come to faith and his life was changed in positive ways. It began with Brant taking a personal interest in him.
- I knew one of Brant's employees, Terry, who [redacted]. As he went through treatments and hospitalization Brant helped with his medical bills and

the family's needs. When Terry could no longer work Brant continued to pay his salary until he died about two years later.

I share these examples to give my perspective on the man I have known over these years. I greatly appreciate your time in considering these thoughts.

Thank you for your service to our community and our state as you handle difficult cases in your court.

Respectfully,

Carl Greene

**July 23, 2026**

**Dear Judge May,**

**I was referred to Brant by another ATO Fraternity member to call on him. I first spoke with Brant on February 11, 2008. I have worked for the Alpha Tau Omega Foundation for 19 years, and I am based in Oxford, MS. I met him face-to-face on December 24, 2010, when we had lunch together with my family on the square in Newnan. From my conversations with Brant, I found him to be a man very focused on his family, faith in Christ, church, and growing his business.**

**There were years when we met, spoke on the phone, texted, or wrote to each other twenty times. His interest in giving to the ATO Foundation was to support the Christian programs the undergraduates attend. He sponsored the *ATO Devotional*, a Christian devotional now given to each new initiate.**

**At his workplace, I got to meet two of his children, Katie and Brant V, as well as many of his employees over the years. I have seen and felt the respect his employees had for Brant and the love that his children have for him. Brant impacted my life by seeing a man who ran a business with calm authority, never rushed or flustered, and deeply cared for his employees. He loves his family and his Lord. Please let me know if I can provide any other information about my friend Brant.**

**Sincerely yours,**

**Shuler Griffin**

**Director of Development**

**Alpha Tau Omega Foundation**

**sgriffin@atofoundation.org**

[redacted]

**Honorable Leigh Martin May** **10/05/26**
**Chief United States District Judge**
**2167 Richard B Russell Federal Building and US Courthouse**
**75 Ted Turner Drive**
**Atlanta, GA 30303-3309**

*Dear Judge May,*

*This is what I wanted to convey in this letter. I have been an acquaintance with Brant for over 20 years. During this time, I noted Brant's excellent demeanor and character. He spoke with honor and great character; showed great friendship during these years…….displayed to be a Man of Honor!!!*

*Most of my interaction with Brant was with a Men's Group. He also showed great compassion and concern for all the Men in that Group……he displayed true friendship and love for the people in that Group…..I say thanks for your friendship.*

*Thanks for listening,*
*Randall Keith Hall*

July 19,2026

Dear Judge May,

I would like to let you know how much Brant Frost has meant to me. I am a Civil Engineer with an MBA. I am retired but have owned a concrete construction company called Harcon for thirty-five years before that, with six offices throughout the southeast US. In 2008, when we went through the recession, we could sell hardly any work. We had to reduce from six hundred employees to sixty. In 2011 we lost over four million dollars. Our bank would not renew our loans and decided to foreclose on two properties I owned. There was no bank that would lend us money. In 2013, I was having lunch with a friend and told him about our hardship, and he suggested I give Brant Frost a call.

Brant came over to meet me, and we hit it off right from the start. He worked hard to get small $100,000 to $200,000 high interest loans for us. It was the only way we could stay in business. He eventually found a total of $4,000,000 in loans for us. Our strategy was to get the company healthy again and pursue an SBA loan. It took several years, but we turned the company around and cashed Brant out with an SBA loan from Bank OZK.

I had started a Christian Ministry called Rio Ministries International in 2006 and I am still the Chairman of the Board. I have held a fundraiser each year to support mission trips to Mexico, Nicaragua, and Peru to build churches, build feeding centers, build a dormitory for an orphanage and bring dental teams to very poor people around the world. Brant was there every year as our major sponsor. One year we needed a van for the ministry in Monterey Mexico. Brant stood up and by himself, without anyone asking and started asking for help. Within five minutes he had raised $15,000 to buy the van.

Ever since I have known Brant, I have had the highest regard for his Christian character. I trust him unquestionably. He is one of the most honest, dependable, and humble people I know. I know how hard it is to cash flow a business when some customers don't or can't pay on a timely basis and I truly believe that is what happened to Brant. He had no intention of ever stealing anyone's money and I know this because I know his uptight moral character and moral compass.

Please take this into consideration when deciding how to deal with his situation.

Thank you,

Mike Hardin

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building
and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Dear Judge May,

I am privileged to be considered by my friend Brant Frost to speak on his behalf. My first acquaintance with Brant came when I approached him to support my efforts in arranging a fund-raising gala for a home in East Alabama for special needs adults where my brother was a resident (The Rainbow Omega Home, Eastaboga, Alabama). Our staff were successful due to the advice given by Brant who inspired me along with his suggestions in an unfamiliar process. Once this event was completed, I would occasionally surprise Brant with a brief visit while traveling I-85 through Newnan. He would drop all tasks and to his favorite little square we would adventure and talk along the way and always end up in this quaint little deli which had authentic key-lime pie. In all of my times with Brant I departed as better person having not only just only gained mentally but also inspired to do more for my causes and be a better person.

Judge May, I know very little about the elements of this case. But the fact my friend was in trouble was all that truly concerned me when he first informed me of his predicament. Your Honor, I entered the Criminal Justice System through law enforcement in 1978 as a police officer and retired in 2016 as a sheriff. During those years there were not many positions that I did not experience Jailer, Officer, Field Training Officer, Academy Instructor, Firearms Instructor, Evidence Technician, Chaplain, Assistant Chief, Chief of Police, Deputy, and finally retired as a sheriff. During my journey, I've have about it heard and seen it all when it comes to good and evil in our society. However, amid all those memories, one phrase I heard in my early professional day, came from a famous police stories author, Joseph Wambaugh (LAPD '50-'80), " Police ordinarily deal with the worst of people, and with ordinary people at their worst". Judge May, my friend Brant, in my opinion is one who can be considered as one of those ordinary people,

Respectfully Submitted,

Sheriff (Retired 2016) Richard W. Harris, [redacted]

**Bruce E. Hawkins**
[redacted]

September 21, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge Mary,

I first met Brant Frost in 1988. We were both at a national event in Dallas and had to earn our way there through good works and community service. What helped me make an immediate connection with him was that he was such a good listener, asked probing questions, and was so willing to acknowledge other strategies, and was completely open about everything he'd done and how he'd gone about doing it. He was also a gifted speaker, full of energy, and polite to others around him.

One memorable occasion occurred when he visited Washington State and ended up staying with us at our apartment in Redmond. I think we were doing something together and needed to be wearing suits. Since Brant had travelled, he asked to borrow an iron and ironing board. My wife Catherine insisted on ironing for him. Well, with high heat and plenty of Niagara spray starch she ironed out the wrinkles, perfected the collar, put perfect creases in the arms of his shirt…and in the cuffs. When Brant saw it, his countenance fell for a millisecond, of which only I saw. He accepted her efforts with thankfulness and she was all smiles.

Later, Catherine and I and our two young children, Monica and Ben, moved to Chattanooga to be part of a community-helps organization that Brant was involved in.

Once again, he did not let us down. Always addressing Monica as "Miss Monica," and wherever we went and whoever we talked to, interacting with deference, grace, and politeness.

It has now been almost 40 years since we first met, and I still count him as a close friend.

I do sincerely hope and pray for leniency.

Sincerely,

Bruce Hawkins

**Craig Hemrick**
[redacted]

September 30, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

I am writing on behalf of my dear friend, Brant Frost. I have known Brant for more than 30 years, both personally as a friend and professionally as someone whose knowledge and advice I have relied upon in business. I understand that Brant is before the Court for sentencing, and I appreciate the opportunity to share with you the person I have known for more than three decades.

Throughout those years, Brant has consistently been one of the kindest and most generous people I have known. During my years in real estate and business, there were many occasions when I had questions involving small-business lending or financing for one of my customers. Brant was always willing to take my call, listen to the situation, and give me a thoughtful and detailed answer. He never asked for anything in return and never charged me for his time. That was simply the kind of person I knew him to be - someone who was willing to use his experience to help another person.

Brant has also enjoyed an excellent reputation in our community for many years. I have known him as a businessman, a friend, and a man actively involved in his church. The Brant Frost I have known for more than 30 years has always treated people with kindness and respect, regardless of who they were or what they could do for him.

Brant is also a customer at my business, and something seemingly small has always stood out to me. My employees know him when he comes into the store, often when he stops for gas, and they consistently speak about what a genuinely nice man he is. These are employees who have no business relationship with Brant and no reason to form that opinion other than the way he treats them. I believe the way a person treats people when there is nothing to gain from it says a great deal about his character.

I do not know all of the facts surrounding the conduct that has brought Brant before the Court, and I would not presume to address matters that are properly left to the Court and his attorneys. I understand that serious mistakes have consequences and that people who have been harmed deserve to be made whole to the greatest extent possible.

What I can tell the Court is that the conduct that led Brant here does not erase the man I have personally known for more than three decades. Even today, knowing that he has made serious mistakes, my personal trust in Brant has not disappeared. If I needed his help tomorrow, I would still trust him with my checkbook. I do not say that lightly. I say it because it reflects the relationship and experience I have had with him over more than 30 years.

My hope and prayer is that Brant will be given every reasonable opportunity to accept responsibility, make amends to those who have been harmed, provide restitution to the extent he is able, and use the remainder of his productive life to do good for his family and his community.

I respectfully ask the Court to consider the entirety of Brant's life and character, including the many years during which he has been a good friend, businessman, church member, and member of this community. I respectfully ask that the Court extend as much mercy as it believes appropriate under the circumstances.

Thank you for taking the time to consider my personal experience with Brant and for considering this letter as part of the whole picture of the man before you.

Respectfully,

**Craig Hemrick**

Dear Judge May,

I count it an honor to tell you about my friend Brant Frost whom I have known for fifteen years. I know his wife, Krista, and his five amazing children.

Brant is an honorable man. All one need do is to look at his family. His children ~~have~~ posess the same outstanding character as their parents. This doesn't happen accidently.

I have socialized with Brant Frost, prayed with him, worshipped with him, campaigned with him, dined with him, and wept with him. He loves others, serves others, ~~treats~~ esteems others, and respects those in authority. He loves his country and has proven

with
his loyalty by the
fruits of his labor.

I have never personally
heard/seen anything dishonorable
coming from Brant Frosts
lips or his behavior.
I feel I truly know
him by his fruits.
The Bible says that is
how we can truly judge
a person... by their
fruit. I am honored
to call him my friend.

Respectfully
Carolyn Henderson

**Dear Judge May,**

My name is Douglas Hill, but my friends call me Doug. I have lived in Newnan, Georgia all my life, and I am 60 years old. I met Brant Frost more than twenty years ago when I was working as a cook at Golden's restaurant. During our brief conversations while I served food on the line, he was always friendly, respectful, and polite.

Brant told me that his office was nearby and that I could stop by anytime — and I did. No matter how busy he was, he always committed his time and attention to me. He listened to my problems, encouraged me, and made me feel valued. He gave me great respect.

There were times in my life when I felt like I had hit rock bottom because I struggled [redacted]. I made mistakes. But Brant Frost was right there when I needed someone. He encouraged me and told me things would get better. He reminded me that I was better than the choices I was making, even when I felt low and ashamed.

Brant connected me with [redacted], and not only did he connect me — he went with me to meetings to show support. I believe he wanted me to know that I wasn't in this struggle by myself.

I once told my pastor about Brant, and I began to cry because I realized how he had been there for me when certain family members were not. My tears were not from sadness, but from gratitude. Brant's love and support were unconditional, and he was there when I needed it most. I consider him a true friend.

We come from different backgrounds and are very different people, but Brant has helped me in so many ways. He truly loves me like a brother, and I love him the same. His greatest help has been telling me, "You can do it. I believe in you."

I have suffered losses because of my decisions, but the man who reminded me that God would bless me to regain what I lost was Brant Frost. He told me I could get back to those good places, and that encouragement has made me a better man. I am taking steps to restore the things and relationships I lost.

My friend Brant has made mistakes, and I am asking for mercy. I do not want to lose my friend for the rest of my life. As much as possible, I ask that you show compassion, because he has helped so many people like me become better.

Thank you, Your Honor.

**Sincerely,**
**Douglas Hill**

[redacted]

Julian C. Hutchins, Sr., M.D.
[redacted]

Aug 15

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

RE: Brant Frost

Dear Judge May,

I have known Brant since 1988 when we worked together to elect those who would make our state and country better places and do what's right in the process.

While we had some political successes and some situations where we came up short, there was never a time that Brant did anything other than what was right. He always did what was right.

During the years we worked for the same purposes, he always maintained the priorities of leading his family and being actively involved his church. He is strongly committed to Jesus Christ and to the application of Biblical principles in his life.

Whatever the next chapter of his life holds, I feel confident that he will do all he can to treat those in his life right, to forgive those who have wronged him, to seek forgiveness and reconciliation with any he may have wronged, and to trust God to enable and empower him to live as He has called him to live.

His wife and children will continue to support him in the above.

Thanks for the chance to provide this reference. If I may be of further assistance, please don't hesitate to call on me.

Sincerely,

Julian Hutchins, Sr., M.D.

Honorable Leigh Martin May July 22nd, 2026
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Dear Judge May,

My name is Patrick V.James and I am the shepherd of a small congregation in Newnan, GA. Approximately 23 years ago, I was invited by a friend to a weekly prayer gathering north of Atlanta, called Wednesday's Warriors. This is where I met a group of men from different backgrounds which included black men, white men, young men, old men, and men from many different professions, but one thing stood out to me. That thing that stood out to me the most was the joy and the brotherly love that filled the room. There was a young black man with a disability sharing his testimony, and what was truly remarkable to me was how he got there. Turns out it was Brant Frost, who brought him to the meeting. And I found out later that each week, he would pick up the young man and bring him to the meeting. I could see through their interactions with each other that it was an action done not out of duty, but out of love, honor and respect for each other. I was absolutely amazed that Brant would take out time to enhance and uplift his brother, who was disabled. This is also true in the way that he treated me when I first met him all those years ago, and Brant's love, compassion, has not diminished. I have always seen him make everyone feel valued whether it is family, friend or foe. Brant's character has lived across time, since I have known him, I have never seen a pretentious bravado. Brant has always shown himself to be balanced, displaying gentleness and strength without crushing which has enabled him to be a bridge in our community. My friend is well beloved in this quaint little city of Newnan, the spectrum of friends Brant has ranges from the men who live in great houses and one that I know who has had no house.

There is so much goodness that I have seen come from the heart of Brant Frost, but even in our goodness, we slip and fall. The Bible says, “If we say that we have no sin we deceive ourselves and the truth is not in us. If we confess our sin, he is faithful and just to forgive us of our sins as to cleanse us from all unrighteousness.” Brant has confessed his sin and did not run from what has been done, he completely understands the impact to the victims involved and has pledged to do all within his power to make it right. It is said that you know a lot

about a person by the way they make you feel when you leave their presence. Well, every time I've left Brant's presence, I've always felt better uplifted and encouraged.

Your Honor, I am asking for leniency, in this matter. I trust in your wisdom and your judgment to make a fair and just decision. Thank you for your time and attention.

Patrick V James

Cindy W. Johnson
[redacted]

Sept 30th 2026

September 29,2026

Honorable Leigh Martin May
Chief United States District Court
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I am writing to share my support for and experiences with Mr. Brant Frost IV. We have been friends since 1988 - a total of 38 years. I met my husband, Brant and Brant's future wife, Krista at the same time.

Our lives followed remarkably parallel paths. We married within a year of each other, our firstborn sons arrived less than a year apart, and our daughters followed, also within a year of one another.

Our families shared many wonderful times together as we raised our children. We often met for lunch on Sunday at a favorite local Italian restaurant. Brant would entertain the children with stories, usually true stories with a patriotic or historical emphasis.

My husband and Brant were history buffs and loved our country. Both families homeschooled and we often attended events together and went on educational field trips. I have photos of all four children at the National Infantry Museum in Columbus, Georgia. I know those years of hearing the two dads' discussions planted seeds of love for our country in my children and his.

As the years went on, we shared not only happy times but difficult ones as well. When Brant's father-in-law returned home from a trip as a Delta pilot, went to bed, and passed away in his

sleep, I remember Brant stepping forward to support his mother-in-law and the entire extended family.

In 2012 my husband [redacted]. Through those years, I remember Brant calling to check on us and offer his love and concern. After seven years of little to no physical healing, my husband passed away in our home on his 69th birthday.

There was no discussion on who we wanted to give his eulogy - it had to be Brant Frost. He graciously agreed and gave a very heartfelt talk about their friendship, their mutual interests, and the many good times we shared together as families. Countless friends and family members who attended the funeral later shared how deeply moved they were by his words.

Thank you for taking your time to read my letter. I humbly ask that you extend mercy and compassion to my friend.

Respectfully submitted,
Cindy Johnson

July 28, 2026

Dear Judge May:

Thank you for taking the time to read and consider what I am sharing with you in this letter. I have known Brant Frost IV for about thirty-five years. Brant and I first met in the early 90's at a conference focused on the development of biblical character and living according to biblical principles. Over the years, I have known him as a friend and as an employer.

Before joining his mortgage company as a loan processor in 1998, I worked with Brant on numerous political campaigns (local, state, and federal). In some of those campaigns, he was the candidate; in others, he served as the campaign manager. In those settings, I saw him face decisions involving public support, political relationships, and organizational pressures. I observed him willingly walk away from endorsements, affiliations, or opportunities when he believed accepting them would compromise his convictions. He was not someone who appeared willing to sacrifice principle merely for political or personal advantage.

I worked for Brant in his mortgage company in 1998 and 1999. During that time, I found him to be a man of integrity who was careful about the commitments he made. He did not casually make promises, and he did not want to give his word unless he believed he could follow through.

One experience from that time has remained with me for many years. I was preparing for marriage, and my fiancée's parents insisted that I obtain a letter from my employer stating that, by a particular date, I would be earning a specified amount of money. It was an unusual and, in my view, unreasonable request. I was embarrassed to approach Brant about it, but I explained the circumstances to him.

Brant graciously listened and was understandably concerned about the pressure being placed upon me. He spoke honestly with me about why he believed the request was inappropriate. Nevertheless, because he cared about me personally and wanted to help me through a difficult situation, he chose to respond with grace and generosity. He wrote the requested letter. I remember that experience not simply because he helped me, but because it reflected qualities I repeatedly observed in him: conviction, honesty, compassion, and a desire to treat people according to his Christian faith.

Above all, I have known Brant as a man who professed and sought to live out a sincere commitment to the Lord Jesus Christ. His faith was not something I saw merely in his words. It influenced his decisions, his relationships, his generosity, and his willingness to take principled positions even when doing so came at a personal cost. IN other words, Christian character was not part of a religion to Brant, it was his life. It was who he is.

Thank you for considering my personal observations as the Court evaluates this matter. I offer them respectfully and with full appreciation for the seriousness of the proceedings before you.

Respectfully submitted,

Phillip Jones
Senior Pastor
Crosspoint Baptist Church of Pasadena

James B. Jordan CPA, LLC
PO Box 82508
Atlanta, GA 30354
404-766-0830

October 1, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I offer this letter regarding my observations and interactions with Brant Frost IV.

I met Mr. Frost at my first Coweta County GOP meeting approximately fourteen years ago. In conversation with him after the meeting, I was expressing frustration with the political environment. He was encouraging, helpful, pragmatic, and led to my interest in becoming involved in local politics. With his encouragement and coaching, I became a precinct chair. In 2016, I ran for the US House from District 3, in a field of seven candidates. As one of two finalists in a runoff, I lost by three votes. Throughout, Mr. Frost was level-headed, did not show favoritism, yet was a coach and mentor in which I valued his opinion.

Politics aside, what I observed of Mr. Frost was that he was the epitome of a family man. His love and dedication to his wife, children, and later their spouses with his grandchildren was exemplary. It was clear he loved them very much. He would give them the benefit of his experience yet was not domineering, intrusive, or overbearing. It was also clear that they loved, respected, and revered him as the pillar of the family.

Mr. Frost's demeanor in public and private settings is one of being even keeled. I have never heard the gentleman be derogatory about, or to, anyone. Period. He is a true gentleman treating everyone with kindness and genuine concern for their well-being.

I had an occasion after selling my home to place $200,000 with his firm as an investment, not thinking I would find or build the home I wanted any time within a year. As fate would have it, I did find property and needed the return of my investment within a month or so of its placement with Liberty. Mr. Frost refunded my investment in full without any hesitation, reservation, or attempt to convince me to keep it placed with Liberty. I am a Certified Fraud Examiner and actively investigate frauds in churches around the United States. While conducting and concluding the aforementioned transaction personally, nothing gave rise to any reason for suspicion of fraud. It was a pleasant and professional experience on his part during my brief business dealings with him.

I have also observed Mr. Frost's commitment to being very active in church and being the role model for the rest of the family to follow suit. He does not wear his religion on his shoulders but is not shy about his love for the Lord. In short, this is one very good man on the inside.

Respectfully,

James B. Jordan, CPA

KELLY AND CHARLENE LEVERING
[redacted]

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

October 13th, 2026

Dear Judge May,

We are glad to have the opportunity to write to you regarding the character of Edwin Brant Frost IV. We are the parents of his daughter-in-law, Kayla Joy Frost. When Brant IV's son began to date our daughter in 2023, we were of course intent to learn what kind of family relationships our daughter's suitor had growing up, to predict what effect that might have on their future family life together as a married couple. We were gratified to discover, in getting to know the family over the last several years, what a committed and loving father Brant IV has been to his family over the course of their lives. He and his wife Krista have together raised five children, all gracious, thoughtful and caring toward one another and to others. This is not at all easy to do in today's world. In fact, it is rare. Knowing that Brant IV had been such a solid husband and loving father to his own family gave us additional confidence that his son would likewise be a faithful and steady leader of his own family. That confidence has been borne out in their own loving marriage and now watching them tenderly raise their first baby, Brant IV's granddaughter.

Brant IV has been kind and gracious to us in all our interactions. He has been a welcoming and loving father-in-law to our daughter and made her feel included and cherished as one of the family. Like other investors, we lost money when Brant IV's business collapsed. He called us personally to share the news and accepted full responsibility without making excuses, which we appreciated. Because we are both investors and members of the extended Frost family, we understand the hardship this collapse has caused on both sides. Yet we do not believe Brant acted with malice or ill-intent. We have also seen how deeply his family depends on him and how much good he has done over many years. Justice and mercy are often described as the two wings of the same bird—the dove of righteousness. At sentencing, we respectfully request that justice will be balanced with plentiful mercy so that the best possible outcome may result.

Respectfully,

Kelly and Charlene Levering

**Logue Law, PC**
3423 Weymouth Court
Marietta, Georgia 30062

TELEPHONE (770) 321-5750
E-MAIL keith@logue-law.com

FACSIMILE (770) 321-5751

August 4, 2026

Honorable Leigh Martin May
Chief United States District Judge
Northerrn District of Georgia
75 Ted Turner Drive, SW
Atlanta, Georgia 30304

Re: United States v. Brant Frost, IV

Dear Judge May:

I write concerning Brant Frost. I have known Brant for close to twenty years having met him through a Men's Bible Class. To say I am dismayed at the circumstance I find Brant in, is an understatement, but I believe that it does not accurately reflect the character of the man I know.

Brant has always shown his love for his fellow human beings, and compassion for the less fortunate. He is a man of great faith and has shown over the years his generosity with his time, and his resources to help people from all walks of life. He came from great stock and has always been held to a high standard by his family and himself. He has been a mentor of men and children alike and has been a source of encouragement, love and sound advice to many, including me.

I believe Brant has many years of service to his fellow man left and I know that he is determined to take every step necessary to show and demonstrate the Godly and law-abiding man we all know him to be. Judge May, you make many difficult decisions on a daily basis, and I have observed some of them having been involved in one of the first cases you had on the bench. I know you will handle this matter with all the same thought and consideration you always have, but ask that to the extent the law permits, please grant Brant all the mercy and grace possible as I know this man to be deserving of such and that he will be even a greater man going forward.

Sincerely,

A. Keith Logue

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Oct 1st, 2026

Dear Judge May,

I am writing this letter in support of Brant Frost, who is currently before your court. I am honored to provide this character reference on his behalf.

Brant Frost has done business with me for approximately 10 years. During this time, while our friendship grew he was always there to give me good sound advice on pretty much any topic that the conversation brought about. I found him to be a family man with strong religious beliefs, hardworking, outgoing and reliable.

In conclusion, I respectfully request that you take this letter into consideration when determining Brant's case. I believe that he is a person of integrity and deserves a chance to demonstrate his commitment to making amends.

Sincerely,

Michael Manning

Manning & Son Automotive

Veterans Inn and Resource Center, Inc.
Unit 720 • 441 Clairemont Avenue
Decatur, Georgia 30030-1887 U.S.A.
Telephone: (770) 314-9017 • Email: VeteransInn@Gmail.com

Larry Matthews
*President and C.E.O.*

**August 14, 2026**

**Honorable Leigh Martin May**
**Chief United States District Judge**
**2167 Richard B. Russell Federal Building and U.S. Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3309**

**Re: Character Letter for Edwin Brant Frost IV**

**Dear Judge May:**

**My name is Larry C. Matthews. I am 85 years old, have spent most of my adult life in business and real estate development, and serve as President and C.E.O. of Veterans' Inn and Resource Center, Inc. I have known Brant Frost IV for many years as a friend. I understand that Brant has admitted serious wrongdoing, and I do not write to excuse it, dispute the case, or diminish the losses and suffering of anyone affected. I write because the Court has the difficult responsibility of judging the whole person, and there is one deeply personal chapter of Brant's life that I believe the Court should know.**

**Several years ago, just before Christmas, my 54-year-old son urgently needed surgery. He was a single father, and his 14-year-old daughter - my granddaughter - depended entirely upon him. The physicians had generously agreed to donate their professional services, but we still needed approximately $12,000 to pay the nurses and secure the operating room. We created a GoFundMe page, and at about seven o'clock one morning, a business friend helped me send thousands of emails asking for**

**assistance. I was frightened for my son and worried about what would happen to my granddaughter if we could not act quickly.**

**Within an hour, Brant telephoned me. He did not begin by asking for documents or by offering a few polite words so he could move on with his day. He asked me to explain what was happening, listened to me for nearly an hour, and prayed with me for my son's health and healing. Brant had never met my son. He had no obligation to my family. Yet, before most people had even opened the email, Brant contributed $1,000. His was the first donation. That first gift did more than reduce the balance by $1,000; it gave the appeal credibility, hope, and momentum. Other contributions followed, and the campaign soon raised the full $12,000. My son received the surgery, and it was a complete success. I will always believe Brant's immediate compassion helped open the floodgates that made the surgery possible.**

**Two years later, tragedy came without warning. My son [redacted] and died while waiting to have lunch with his boss at a fast-food restaurant. No parent is prepared to bury a child, regardless of age. When Brant learned what had happened, he immediately contacted my family and me. He prayed with me and for me, offered whatever help we needed, and, when we accepted that offer, he followed through without hesitation. He then drove to Alpharetta to attend the funeral of a man he had never met. He came because my son was my son, because I was his friend, and because Brant believed that friendship and faith require a person to show up when another human being is hurting.**

**That is the Brant Frost I personally know. There are people who say they will pray; Brant prayed and acted. There are people who offer help as a courtesy; Brant followed through. His kindness to my family was not public, calculated, or performed for recognition. It came at moments when we were frightened, grieving, and in genuine need. I owe him a debt of gratitude that I cannot repay. At 85 years of age, I have lived long enough to know that good deeds do not erase serious wrongdoing. I have also lived long enough to know that a grave mistake, even one with painful consequences, does not erase every act of compassion, faith, loyalty, and generosity that came before it.**

**I sincerely believe Brant understands the seriousness of what he has done, and I believe it is exceedingly unlikely that he will ever repeat the conduct**

**that brought him before the Court. In my respectful judgment, a lengthy prison sentence would remove from the community a man who still has the ability to work, make amends, work toward restitution, care for his family, and serve others. I therefore ask the Court to consider the most merciful sentence consistent with the law, one that imposes real accountability but gives substantial weight to restitution, strict supervision, service, and Brant's capacity to spend the remainder of his life doing constructive good.**

**Whatever sentence the Court imposes, I will never forget that Brant responded when my son was fighting for his life and returned when I was forced to bury him. Thank you for considering my personal experience and this truthful account of Brant's character.**

**I will gladly appear in person before Your Honor and swear under oath the truthfulness of this letter to you.**

**Respectfully submitted,**

Larry Matthews

**Larry C. Matthews**
**President and C.E.O.**
**Veterans' Inn and Resource Center, Inc.**

Laura Bell McKinley
[redacted]

August 11, 2026

The Honorable Leigh Martin May
Chief United States District Judge
United States District Court
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

Re: Character Reference for Brant Frost

Dear Judge May:

I am writing to offer a character reference on behalf of Brant Frost. I have known Mr. Frost for more than 30 years, having first been introduced to him by my parents in 1988. Over the course of those many years, I have known him to be a person of wisdom, integrity and Godly character who has devoted considerable time and effort to helping individuals and small businesses.

Based on my personal experiences with Mr. Frost and the trust I developed in him, I referred people to him when they needed business guidance or assistance. My professional background is in banking. I referred individuals and small businesses to Brant any time I thought he might be able to help them. I would not have made those referrals if I had not believed that he would treat those individuals honestly and make a sincere effort to help them.

The most recent example of his willingness to help others involved Neal Howard. Neal Howard was a friend and customer. I also eventually did some contract work for Neal. Mr. Frost assisted Mr. Howard in finding a business partner and launching a highway construction company. That company became successful, created jobs in Pierce County Georgia and facilitated the safety of Highways in Georgia North Florida and South Carolina. This kind of help can be transformational for individuals, their families and small communities in poverty areas of the state.

To me, this was consistent with the person I have known for decades, someone willing to use his experience, relationships, and business knowledge to help others pursue opportunities and build productive enterprises.

Thank you for your time and consideration.

Respectfully submitted,

Laura Bell McKinley

Honorable Leigh Martin May July 7th, 2026
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Dear Judge May

I am writing this letter on behalf of Mr. Brant Frost. My name is Donny McKinney, and I have known Brant through a business relationship that began in 2012 when I was working to start a new propane gas distribution company.

At that time, obtaining financing was extremely difficult because the country was still recovering from the financial crisis. Traditional lending options were limited, and without additional capital, I would not have been able to move forward with my business. Brant worked diligently to help me secure financing from two investors, in conjunction with bank financing, making it possible for me to open my company.

Although the interest rates charged by private investors were higher than I preferred, I understood the risk involved and willingly accepted those terms because they gave me the opportunity to pursue my dream of owning my own business. Looking back, it was one of the most important opportunities in my life.

Today 14 years later, our company is still operating successfully despite having been founded during one of the most difficult lending environments in recent history. We now serve customers throughout a twelve-county area, have grown to approximately 5,100 customers, and employee 15 full-time people. The business has provided stable employment for our employees and dependable propane service to thousands of families, farms, and businesses throughout our region.

When I look back, I know that none of this would have been possible without the opportunity Brant helped make available in 2012. His efforts enabled me to build a company that has created jobs, strengthened our local economy, and provided for my family over the past fourteen years.

Throughout my dealings with Brant, I found him to be professional, courteous, and committed to helping me accomplish my goals. He has always treated me with respect, communicated openly, and followed through on what he said he would do. I never experienced dishonesty, deception, or unethical conduct in any of my interactions with him.

I understand that Brant has been convicted of serious offenses, and I do not presume to comment on the facts of his case or the appropriate legal outcome. I can only speak to the man I personally came to know through our business relationship. Based on my firsthand experience, he had a positive influence on my life and played an important

role in helping me establish a business that continues to provide for my family and serve others.
I respectfully ask the court to consider my personal experience with Brant as one small part of the overall picture of his character. Thank you for taking the time to consider my thoughts.

Respectfully

Donny McKinney

**William C. Meek III**
Broker in Charge, Meek Realty Group
4397 Highway 53, Hoschton, Georgia 30548
[redacted] • clay@meekrealtygroup.com

August 1, 2026

The Honorable Judge May

Dear Judge May:

My name is Clay Meek. I am the Broker in Charge and co-owner of Meek Realty Group, an independent real estate brokerage in Hoschton, Georgia. I write on my own behalf, and not on behalf of my company, to tell the Court what I have observed about Brant Frost across twenty-six years of friendship.

I met Brant in 2000 through a men's group, and we have known one another ever since. Twenty-six years is a long time to watch a man. It is long enough to see him when things are going well and long enough to see him when they are not, and I believe that is the only reason my opinion is worth anything to the Court.

I understand that the conduct bringing Brant before the Court is serious, and I am not writing to minimize it or to dispute the facts. The Court knows that record far better than I ever will, and the people harmed are owed the Court's first consideration. I write only because the Court is asked to sentence a whole person, and there is a part of that person I have seen up close for a quarter century.

What I can tell the Court is this. Over those twenty-six years, Brant has been a loyal friend to me. He is kind. He is thoughtful. He has been a steady source of encouragement in my life, and he has been that consistently, across a long stretch of years and through changing circumstances in both of our lives. I do not offer that as a judgment about anything else. I offer it as the honest account of one man who has known him a long time.

I make no claim to know what justice requires here, and I would not presume to suggest a sentence to the Court. I ask only that the twenty-six years I have described be weighed alongside the conduct that brought Brant before you. Whatever the Court decides, I intend to remain his friend and to stand by his family.

Thank you for your time and for your consideration of this letter.

Respectfully,

William C. Meek III
Broker in Charge, Meek Realty Group
Hoschton, Georgia

**CREATIVE MINISTRIES**
**Drawer 90 Conyers, GA 30012 winstonmenzies.com**
**770-833-9999 winstonmenzies@gmail.com**

July 20, 2026
RE: Brant Frost
Character Reference

To the Honorable Judge May

Thank you for this opportunity to share with you my experience with Mr. Brant Frost of Liberty Savings and Loan.

We have been friends since we met in the Full Gospel Businessmen's Fellowship in about 1980. Since that time and until recently, with his current problems, he has been totally consistent as a man of impeccable character and a man of his word. He has helped us financially on severeal occassions but our friendship went far beyond any of that. During that time I was subsequently Pastor of a church and Director of Creative Ministries. We are still friends today and I am not just going to be his friend in the good times but his friend regardless.

Sincerely yours,

*Winston*

Winston Menzies
Director

September 23, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Dear Judge May,

My name is Ella Miller and I have worked as a server at the White House Diner in Atlanta for 38yrs. In that time I have served thousands of people from all walks of life. Many of them are regulars and in some cases like Mr Frost they become more than just a customer.

Mr Frost has been coming to the White House for nearly 30yrs and I have served him almost every time. In those years, he has always been a wonderful gentleman and loved by the whole staff. Sitting in his regular booth by the front of the diner, he would bring clients, colleagues, and many times his friend Chester. Chester has been blind since birth, and loved coming in with Mr Frost after Bible Study. Mr Frost would always treat him to his meal and showed him great kindness like a true friend.

Weekly interactions over 30yrs gives you the chance to observe the character of a man. I can say from knowing Mr Frost that he is kind, respectful, thoughtful and a true gentleman. He always showed the same respect and kindness to everyone he interacted with, whether it was a millionaire client or a member of the kitchen staff. He always had a smile on his face and a kind word. I remember one time when he heard me humming a song, and said we should sing it together. So we did, right in the middle of the diner.

Seeing Mr Frost walk in the door is always a happy moment, because he isn't just a customer, he is also my friend.
I hope you will consider my personal experience with Mr Frost over the past three decades when you consider the important matter before you.

Sincerely,

Ella Miller

Peter H. Mullins-[redacted]

August 13, 2026

Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge May.

Thank you for the opportunity to attest to the character of Brant Frost IV. I have known Brant for over twenty-eight years. In the early years of our acquaintance, he lent invaluable encouragement and material support as we planted our church in Newnan, Ga. Brant not only championed our church but also took on a leading role in bringing many churches in our community together for unifying and affective outreach. Notably, he was a key leader in the successful effort to place the "Jesus Film" in every mailbox in Coweta County. Additionally, he helped coordinate several pastor conferences that directly resulted in the effectiveness of the church's mission. This assistance and counsel persisted throughout three decades as the list of churches he has affected continued to expand.

As a pastor and church planter for the last thirty-five years, I have rarely encountered an individual who has had such a positive impact on a community. It would be difficult to find someone in Coweta County who has spent so much personal and professional virtue on behalf of others.

Thank you for your consideration.

Peter H. Mullins

Pastor Emeritus

Coweta Community Church

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

July 18th, 2026

**Dear Judge May,**

I have known Brant Frost IV for more than twenty years. During that time, we have been business associates and have worked together on numerous financial transactions. Throughout our relationship, I have consistently observed Brant place the interests of his clients above his own. He has often expressed his belief that conducting business with honesty and putting clients first is the foundation for building a lasting and honorable reputation. In every transaction in which I was involved with Brant, he was forthright, ethical, professional, and committed to doing what he believed was right.

One experience, in particular, stands out.

In the aftermath of the 2008 financial downturn, I had a client whose long-established and successful construction business was in severe financial distress. The company's lenders were aggressively forcing the sale of equipment and the closure of operating facilities, placing the entire business and many employees at risk.

Believing Brant's expertise in arranging bridge financing could provide a solution, I introduced him to my client. Brant immediately immersed himself in the situation and successfully arranged a series of financing transactions that allowed the company to satisfy its existing lenders, keep multiple locations operating, preserve jobs, and ultimately stabilize the business. Over time, the company recovered and returned to profitability. To this day, that client has thanked me repeatedly for introducing him to Brant and credits Brant's efforts with saving his business.

Beyond his professional abilities, Brant is a man of deep faith and strong character. I know this not because he has spoken about it, but because I have witnessed it in the way he conducts himself. I have seen it reflected in his integrity, his devotion to his family, his generosity toward others, and his sincere desire to help people. Those qualities have consistently defined the man I have known for more than two decades.

Brant also carries a deep respect for his family's legacy. As the fourth Brant Frost in his family, with a fifth generation bearing the same name, preserving that legacy has always mattered greatly to him. The damage to his family's good name has, in my opinion, been among the most painful consequences he has endured.

I do not presume to know all of the facts surrounding this case, nor do I seek to minimize the seriousness of the offense. I respect the judicial process and recognize that accountability is appropriate. What I can say, with confidence, is that the Brant I have known for over twenty years is not a dishonest or selfish man. His character has consistently been marked by generosity, compassion, and a genuine desire to help others.

I also know that Brant has accepted responsibility for his actions. He has expressed a sincere commitment to making restitution to those who suffered losses and to rebuilding the trust that has been damaged. Knowing him as I do, I believe that commitment is genuine.

For that reason, I respectfully ask the Court to consider imposing a sentence that holds Brant accountable while also allowing him the opportunity to continue working and earning the income necessary to make restitution. Such a sentence would not only serve the interests of justice but would also provide the greatest opportunity for those who were harmed to be repaid.

Regardless of the sentence imposed, I will continue to support Brant as he works to restore his life, honor his obligations, and regain the good name he has spent decades building.

Thank you for your time and your thoughtful consideration of this letter.

Respectfully,

**V. T. Murray, Jr.**

September 5, 2026

Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Dear Judge May,

When I was asked for an opportunity to provide a character reference for my friend, Brant Frost, I was glad to do so. I've been fortunate to know Brant since early 2009 through a Christian men's fellowship that met every Wednesday morning in the Sandy Springs community.

Whenever I was around Brant or listened to him talk, I have always been impressed with his caliber of training and excellence of character. His deep spiritual convictions and his positive, mature perspectives in a variety of subjects, both spiritual and non-spiritual, kept me wanting to stay in touch.

Even after relocating to Jacksonville in 2020 to be close to family, I would reach out to Brother Brant for encouragement, counsel or fellowship. I always appreciated any interaction I had with Brant and hold him in the highest regard.

After approximately one year of arriving in Jacksonville, my car stopped running and there was not any hope of getting it running again. In speaking about it to Brant, he suggested I start a GoFundMe account since I didn't have the funds to replace my car and no one in my family was prepared to help me.

Brant not only helped me with how to keep track of every donor and how I was to word any responses or updates, he also was instrumental in making recommendations how to search for a replacement car, what to look for, arrange to have a mechanic in a particular service to check out any car I showed interest in, anywhere in the continental United States and how to arrange for shipment to Jacksonville when I purchased it.

No one else of all the people I knew from that Wednesday fellowship or any other association ever took the time to explain these things to me and show true compassion and empathy as Brant Frost did, many times.

Two years ago, about this time, I called and spoke to Brant about my economic situation being nearly impossible to live on social security alone while my newly-wed wife worked her job four days a week and I stayed home. He suggested and even

incentivized me to find a job I could work from home and stay working, even if it was part time. The incentive was $500 if I applied to 5 opportunities and stayed employed for a month.

Thanks to Brant's encouragement, I was able to find a job selling advertising; something I was doing prior to the 2020 COVID era when all my sales contacts stopped advertising. I'm still working and feeling better about myself and looking with anticipation forward to further achievements, thanks to his recommendations.

Just last year, when my wife was contemplating purchasing a newer used car to replace her 2016 Nissan Versa Note she'd had for almost 8 years, she was looking at financing the car for almost $30,000.

I appealed to Brant for advice in hopes that his wisdom and experience could talk sense into her reasoning and offer an alternative solution. He suggested she put the money away and hold off for at least a year since she had no other car payments so she could put down a sizable down payment or be able to purchase a newer car outright.

His advice added to my appeal for her to reconsider but to no avail. She went through with it and has now, a year later, wished she had followed Brant's, and my, advice.

I am always so grateful for the opportunity to know him and believe with all my heart that there's not a finer man anywhere in the world as Brant Frost.

Sincerely,

Gilbert G Nichols

Gilbert Nichols

**David Nutter**

[redacted]

August 27, 2026

The Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Brant Frost

Dear Judge May:

I am writing this letter regarding my friend, Brant Frost. I have been in a men's group with Brant since 2009. During that time, I have come to know Brant as a kind, encouraging, supportive friend to many, including me.

In April 2023, my wife, Susan, was [redacted]. She passed away in March 2024. During those very dark and difficult days, Brant was one of a handful of people who stood with me, encouraged me, called me to make sure I was ok, and helped me work through the emotional challenges one experiences in losing a spouse. I will ever be grateful to Brant for his friendship and faithfulness to me during that time when it mattered most.

Thank you for your consideration of my letter.

Respectfully,

David C. Nutter

**R. MARC NUTTLE**
Attorney at Law

900 36th Avenue NW
Suite 104
Norman, Oklahoma 73072

Telephone (405) 364-5946
Mobile (405) 850-2073
Email RMNuttle@Nuttle.com

September 16, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re: Brant Frost**

Dear Judge May,

Brant Frost has exemplified quintessential moral and ethical standards throughout his professional career. In his personal relationships, he has also prioritized thoughtful and helpful interaction. He is one of the most trusted and faithful friends that a person could be blessed to have.

I have known Brant Frost for thirty-eight years. We first met in the Pat Robertson for President campaign in 1988. I was the Campaign Manager and Brant was the Georgia State and Regional Director for the campaign. He provided extraordinary services in fundraising, strategy, organization, and communications for what was primarily a grassroots national effort.

Brant was critical to the campaign's structure in the confidence he built among hundreds of volunteers. His leadership skills were indispensable in developing and maintaining the grassroots network. Brant manifested to the organization honesty, stewardship, sacrifice, and straight forward advice and counsel for the resources, assets, and activities of the people depending upon his representations.

Following the intensity of a national Presidential campaign, I found Brant to be just as disciplined, pragmatic, and common-sense driven in his professional financial career in the mortgage business. Over the years, I have consulted with Brant on national government fiscal and debt policy in my career of advising the U.S. Senate and the U.S. House of Representatives. I have relied upon Brant for sound advice in addressing macro currency and monetary issues facing our country. Brant has always taken the time necessary out of his busy schedule to generously provide sophisticated financial input on the issue as requested.

In summary, Brant Frost has demonstrated to be the most honest, integrable, and sincere colleague upon whom many have depended for selfless financial and investment advice. I include myself as one of that grateful group.

Sincerely yours,

R. Marc Nuttle

R. Marc Nuttle

Randy C. Ognio
[redacted]

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

September 8, 2026

Dear Judge May,

I first met Mr. Frost in 2011 at a Georgia Republican Assembly (GRA) dinner. Mr. Frost was very polite and seemed well respected by all the GRA members. He was there with his family. The family looked very happy.

The next time meeting Mr. Frost was at a Georgia Republican District 3 convention in 2012. Mr. Frost came up to ask how my family and I were doing. During the convention, he expressed his concerns about issues and always accepting the results of the members' decisions. We met again at the Georgia State Convention in 2012. He came up to me and ask how my family and I were doing. During the convention, he expressed his concerns about issues and always accepting the results of the members' decisions. The same happened in the 2016 & 2020 convention cycles.

In 2016, the Frost Family asked if we would like to help with the Ted Cruz campaign coming to Newnan. My wife and I said yes. We all met at Sprayberry's in Newnan and discussed the event, including how the bus would be parked and where spectators would park. The Frost family seemed to be the key point of contact and liaison between the Cruz campaign and the workers.

Early in 2025, my wife and I received an invitation to Mr. Frost's son's wedding. At the wedding, Mr. Frost was a proud father, mingling with all the guests.

Mr. Frost has always been very polite and welcoming to my family and me.

Randy Ognio

THE PLATINUM BUSINESS GROUP LTD.

**Email Address**
ThePlatinumBusiness
Group@Gmail.com

**Fax Number**
Upon Request
(Vendors Only Please)

**President & CEO**
Marijean Stallings

**Board of Advisors**
Jeffrey E. Chambers
Dr. Joe L. Ford
*Col. Nimrod McNair
*Joseph Oreskovich
Sue Palmer
Jaunta J. Rudison
*The Hon. Nancy Schaefer
Donald A. Sepulveda
Dr. Jerry L. Spencer
Marijean Stallings
D. Barry Thiessen
Dr. Robert J. Watkins

**Executive Managers**
Dr. Gary J. Pernice
D. Barry Thiessen

**Church Funding**
Willis L. Kirk
*Independent Senior Church Consultant*

**Mortgage Solutions**
Specializing in church, Christian school, and nonprofit organization financing.

**Free Analysis**
We will provide your organization with a no cost and no obligation analysis as to what your ministry can reasonably afford and what you will qualify to borrow.

**Luke 14:28-30**

**Galatians 6:9-10**

14 August 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re: United States v. Edwin Brant Frost IV, Case No. 3:26-cr-00008-LMM**

Dear Judge May:

Brant Frost IV and I have been friends for several decades having first been introduced through Colonel Nimrod Mac McNair and Heinz Wegoner. I write with full awareness that Brant has pleaded guilty to a serious federal offense and that the Court must consider the harm suffered by others, the law, and all relevant circumstances. I do not write to debate the evidence, excuse the conduct, or diminish any victim's loss. I write only to give the Court my truthful account of the man I have personally known over many years.

Throughout our friendship, I have regularly sought Brant's counsel concerning projects and inquiries with banking or financial components. Those matters did not necessarily benefit him and often required real time and patience. Nevertheless, Brant consistently made himself available. He listened carefully, explained complicated matters in understandable terms, and offered thoughtful guidance without ever making me feel that my questions were an inconvenience. He was gracious to a fault, gentle in his manner, respectful in disagreement, and generous with his time and counsel. In my dealings with him, he never sought attention or credit for helping me; he simply helped because he believed it was the right thing to do.

I have also known Brant as a man who took his faith, his family, and his obligations to others seriously. The conduct now before the Court is therefore profoundly difficult for me to reconcile

Post Office Box 681701 ■ Marietta, Georgia 30068-0029 ■ 404.303.1000

with the person I knew. I understand that a person's good qualities do not erase wrongdoing or repair the losses suffered by others. At the same time, I respectfully ask the Court to consider the whole of Brant's life: the years during which he encouraged, counseled, and assisted people; the relationships he formed; the kindness he extended; and his capacity for remorse, restitution, and constructive service. I believe he remains capable of doing meaningful good and of devoting the remainder of his life to making amends.

Your Honor, I respectfully ask that, in imposing a just sentence, the Court extend such mercy as it deems consistent with the law and the seriousness of the offense. Thank you for considering my personal knowledge of Brant's character and the positive impact he has had on my life.

Respectfully submitted,

Gary J. Pernice

**Gary Pernice**
*Executive Director*

GJP:jlr

**Joel Presley**
[redacted]

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303-3309

August 29, 2026

Dear Judge May,

I have known Brant Frost since 2007 when we met at a family retreat where he was instrumental in helping lead and inspire fathers to love and affirm their wives and children. I noticed how deeply devoted Brant was to his family and also to helping others around him. In the years since then, although we are in different towns, we've connected from time to time, collaborated to support ministries, and considered business opportunities. I've seen how Brant conducts himself in various situations. He's open, generous, charitable, and kind. He looks for ways to honor God and help others - even when he doesn't have to.

It's truly regrettable and devastating that First Liberty creditors and investors have been harmed by all that has happened. Although he never intended for investors to be hurt, Brant humbly and fully admits his shortcomings and oversights. And, I believe he will now use every means and every opportunity to work towards restitution, restoration and healing. As you consider appropriate sentencing, if you decide it's best to show some leniency, this could facilitate that work of restoration. Unfortunately, the trial, the sentence, and the entire ordeal can't change what has happened; but hopefully it can serve both justice and mercy.

Respectfully and Sincerely,

Joel Presley

Gwendolyn H. Ridley
[redacted]

October 3, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

My name is Gwendolyn Ridley. I write to share my witnessed personal observations and first hand perspective of Brant Frost.

I first met Brant at Snow's Memorial Chapel during his father's visitation, November 2012.. I was a close friend of Brant's mother, Mrs. Jan Frost for more than 40 years. From 2018 through 2023, I had opportunities to interact with and observe Brant while visiting his mother during her hospitalization, recovery, rehabilitation, and subsequent residency at Carlyle Place. Brant and I also communicated by telephone about his mother's health and well-being.

Throughout those years, I consistently observed Brant showing love, patience, tenderness, kindness, and genuine concern for his mother. What impressed me was not just that he helped her, but how he cared for her. He was attentive to her needs, patient with her circumstances, and generous with his time.

After his father's death, Brant's presence became especially important to his mother. Brant made an extraordinary effort to be with her frequently, including daily visits during that critical period of 2012 to 2013. She often told me about the comfort, strength, and affection she found in his presence. She especially treasured his "tender bear hugs" and the way he held her close. His affection lifted her spirits and helped her through this transition.

I also witnessed Brant's kindness toward people outside his family during Jan's 2018 hospitalization at Coliseum Hospital when we attended an employee music performance for the patients., One of the performers shared her grief of her own mother's death just earlier that day. I observed Brant offer her comfort and express appreciation that, despite her own grief, she was willing to perform and bring encouragement to the patients. That interaction stayed with me because of his sincere compassion and time with the employee.

Brant's care was also evident in the everyday details that grew more important as his mother's independence declined. When she could no longer drive herself to the hair salon and her former stylist was unavailable, Brant found a new salon that suited her preferences. Rather than simply dropping her off, he stayed with her during her entire appointments. His mother expressed directly to me how deeply touched she was that he understood her tastes and wanted to make sure she felt comfortable with her new stylist and surroundings.

Their regular shopping trips were also special to her. These outings were more than opportunities to buy what she needed; they became meaningful time spent together as mother and son. She often spoke to me about a red purse purchased during one of their outings from the Shoppes at River Crossing.

She loved and carried the purse exclusively in her later years because of his care in selecting it. Although the purse was a little heavier than past purses, she kept carrying it because of the memories and connection she associated with it and being with Brant. These seemingly small experiences meant a great deal to her.

During one of my visits with Mrs. Frost at Carlyle Place in 2019, she was unusually weak and declined a planned Sunday outing with me. When I asked if she wanted me to contact Brant, she responded no. I remained concerned, so after leaving, I phoned Brant from the parking lot and asked him not to tell her I had contacted him. He respected my confidence while still taking my concern seriously. He contacted the nursing staff and drove down from the Atlanta area to see his mother personally to make sure she was all right, and kept me informed of her status. His response demonstrated to me his attentiveness, discretion, and genuine concern for her well-being.

His commitment to his mom was evident with his regular visits to Carlyle. With the exception of the initial visitation period at the onset of the 2020 Covid pandemic, Brant regularly visited Mrs. Frost at least once per week. These visits were life sustaining for Mrs. Frost as she shared often with me via phone and during my visits.

Brant also prioritized keeping his mother connected and engaged with his family by visits and dining at the Olive Garden in Macon. As well, she and Brant dined at the Greek Village and the Gray Goose Sometimes I coordinated my visits with him to avoid overlapping visits. At other times we were visiting at the same time and *I witnessed* how much she looked forward to her time with him. During and after their outings and visits, she was noticeably energized and spoke about them with happiness. She cherished her time with him.

One of the most meaningful things his mother shared with me was her gratitude that the lessons she tried to teach her son on how to love and care for others were evident. I saw firsthand the effect Brant's love and attention had on his mother during some of the most vulnerable years of her life. She was comforted and strengthened by knowing her son was present and cared deeply about her.

In my interactions and observations of Brant, I witnessed patience, tenderness, generosity, kindness, selflessness, and a genuine capacity to prioritize the needs of others. These qualities were evident in his actions over an extended period. The person I came to know had a positive and beneficial impact on his mother, others, and myself. Thank you for your time and consideration.

Respectfully Submitted,

*Gwendolyn H. Ridley*

**Timothy Roberts Sr.**
[redacted]

August 12, 2026
Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

My name is Timothy Roberts. I live in Hartwell, Georgia, and I write to share what I have personally observed of Brant Frost's character over the years I have known him. I came to know Brant through his son at a political meeting and I later sat down with Brant himself. We talked over a meal at a restaurant and began to get to know one another. That conversation was not brief or dismissive. He listened. He asked questions. He treated the time as if it mattered.

Before I ever sat across a table from him, I had already seen how other people regarded him. I was impressed by Brant at that political meeting during a heated debate. After a long stretch of argument among those present, Brant stood and spoke. When he shared his view, the issue resolved. What stayed with me was not only what he said, but the respect in the room. The people there already knew him as someone worth hearing.

The next time I saw him was nearly a year later. He introduced me to others and, without prompting, recalled details from our earlier conversation. That small act told me a great deal. He pays attention. He remembers people. He made me feel comfortable among people I did not know. In the time since, I have watched the same pattern: Brant shows genuine interest in others and does not steer the conversation back to himself.

People seek his advice, and he seems to have time for them. I have heard him counsel young people with real interest and sincerity. He has always been generous. He is thoughtful about other people's time, including the people who serve him and his family in restaurants and similar settings. He does not treat those interactions as beneath notice.

He is deeply involved with his family and his friends. He is a loyal friend. He is a loving father who wants to be with his children and his wife. He cares about Georgia and about the country. When conflict or opposition arises, he handles it as a Christian man, measured, not theatrical. He has a good sense of humor. He is kind and thoughtful. He notices other people's work and participation and is quick to show appreciation for it.

He also notices need. When I was laid up with a herniated disc and in the hospital with an injury, Brant and his family sent a meal and a card to encourage me. That is a small thing on paper and a large thing when you are hurting. He has included my family in his family's life as well; weddings and other events, so that we have not felt like acquaintances on the edge of his circle. I am thankful to have a friend like Brant. He makes people feel part of his family.

I cannot speak to the legal questions before the Court. I can speak to the man I have known: a husband and father who makes time for people, remembers them, includes them, and treats them

with respect. I respectfully ask that the Court consider these observations as it weighs the whole person.

Respectfully submitted,

________________________________

Timothy Roberts Sr.
Hartwell, Georgia

Paul Schneider Jr.
[redacted]

September 1, 2016

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May

Brant Frost IV has been a personal friend of mine for the last 25 years.

Starting in 2001, we served together on The Jesus Partnership. Brant was the leader of the committee, and I served as his right-hand man. We organized numerous community events over the next number of years. Brant gave great leadership to this group, selflessly giving his time, as we together sought to make a difference in the lives of others.

Years later Brant was approached by the Newnan Food Bank, requesting help. Brant called me in, and together we provided finances to help them stay in business, while they helped the less fortunate of our community. Brant has a wonderful heart of compassion for those less fortunate.

In 2009 I had a supplement that greatly helps those living with HIV. The opportunity opened up for me to send this to non-profits in 14 different countries, but I didn't have the funds to do so. Numerous times I went to Brant's office, requesting his help. Every time I left with the funds I needed to send this supplement to our partners overseas who worked with those with HIV. Brant saw the need and was quite eager to help.

What I have observed in Brant over these 25 years is a man with a large, loving heart. He deeply cares for others.

In 2015 I had the opportunity to make a trip to Kenya, where we had conducted a double-blind placebo controlled study in 2010 and another in 2013, looking at the benefits of our supplement for those living with HIV. The former CDC head of AIDS/HIV was in Kenya, and he invited me and 2 others to come and share with him the findings of our two studies. The total cost of this trip with $70,000. Brant personally raised the funds for this trip from among his friends, and we were able to go. Since that time, we have had the opportunity to

distribute our supplement to over 19,000 in Kenya living with HIV. Brant's early involvement in helping our non-profit, Aid the Children, made a huge difference!

Brant is a good man. When I heard from others and from newspapers that he was being charged with conducting a Ponzi scheme, I knew there was no way that Brant would do that. He has such a heart for helping others. I knew there was no way that he would defraud people who had invested with his company. I knew there had to be another explanation.

I personally believed that Brant must have had some of his loan clients renege on their loans, making it impossible for Brant to pay his investors. There could be no other explanation. It hurt me deeply to see the accusations that were being leveled at Brant. He is such a good man with a good heart.

I longed for the opportunity to speak with Brant to allow him to tell me what actually happened. However, with all he was facing, I felt I shouldn't contact him.

Imagine how happy I was this past Friday to have Brant call me. It was so good to hear his voice. Just the day before I had a dream about Brant, that he came to visit me. In the dream, he explained what had happened to get him into this mess. I believe the timing of that dream wasn't an accident, since Brant called me the next day, and confirmed what I had seen in the dream.

I love Brant. He is a dear friend with a heart of gold I am so sorry to see him having to face what he is facing now. I ask you to please consider the person behind the charges, a man who would sooner die than to hurt other people, especially his friends who have trusted him enough to invest in his firm. Brant didn't do anything intentionally to harm anyone. If he did anything wrong, it was to trust his instincts and his ability to judge others and their characters, giving them loans when he shouldn't have.

Sincerely,

Paul Schneider Jr.

October 1, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Bldg. and U.S.Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

I met Brant Frost IV and his family soon after I moved to Coweta County, GA in the year 2000. I consider him to be a good friend and will always be grateful for the support he gave to me when my husband passed away. "Southern gentleman" is my best description for him.

In my heart, I will never believe that Brant Frost IV would ever intentionally harm another individual in any way. He is a very caring person and a wonderful family man who deeply loves his family and they love him.

The current circumstances in his life are tragic and even though many lost their money by investing in his company, I believe he was a man trying to hold things together until better economic times for his family and his clients. I do not believe there is any punishment that can surpass the anguish that he feels already.

I will always value his friendship and wish he and his family the best outcome possible.

Sincerely,

Helen Sherman
[redacted]

James D. Sloderbeck MD

[redacted]

August 13, 2026
Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

My name is James Sloderbeck, and I am a retired physician living in Newnan, Georgia. My wife and I moved our family to this area in the early 1990s when I became the Medical Director of the Emergency Department at Newnan Hospital. A few years later, we built a home on property in south Fulton County. I first met Brant Frost when a friend referred me to Brant's mortgage company in Newnan. He did a good job with that mortgage, and I have used his company on other occasions.

While neither of us would say we have a close personal friendship, we are close in age, our wives both homeschooled our children (we both have five grown children), and we have both been active in our respective churches. On one occasion, we rented a former home to Brant and his wife for a few months. From time to time, Brant has called me with medical questions he had about family members. So I guess you can say we have been comfortable enough to pick up the phone and call, even if it had been a while since we last spoke.

I was surprised and saddened when I recently learned of Brant's legal difficulties. They seemed very much out of character, based on my past interactions with him. From what I have seen, he has been the epitome of a small-town businessman, a devoted husband and father, whose life revolved around children he loved deeply. I did not observe any tendency to cut corners or deal falsely in our financial dealings. I write this not to dispute any legal findings, but to point out the stark difference from how he has lived his life in the past, and to suggest his remorse and stated desire to make amends reflect the person he truly is.

Thank you for your time and consideration in reading this letter.

Respectfully submitted,

James D. Sloderbeck MD

James Lester Souter III
[redacted]

October 2, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

I am writing on behalf of my longtime friend, Brant Frost, in the hope that you will consider my perspective on his character as you make your sentencing decision.

I have known Brant for 47 years. We first met while attending the University of Georgia, and our friendship has continued throughout the many years since. Although our lives have taken us in different directions, we have remained in close contact, particularly through our many telephone conversations. We have talked about our religious beliefs, politics, our families, and many other things over the years. Through those conversations and our personal relationship, I have come to know Brant as a thoughtful, sincere, caring, and compassionate person.

Brant has visited our home over the years, and we have also seen each other at various reunions. These occasions, along with our many conversations, have allowed me to know him as a friend rather than simply as someone I knew many years ago.

There is one particular experience that has stayed with me over the years because I believe it says a great deal about Brant's character. At one point, Brant encountered a stranger who was out of work and in need of a job. Rather than simply feeling sorry for the man and going on with his day, Brant called me and my brother to see if we might be able to help. We were able to find a position for the man on one of our timber crews.

That may sound like a relatively small thing, but I have never forgotten it. Brant saw someone who needed help and took the initiative to do something about it. To me, that demonstrated the compassion, thoughtfulness, and willingness to help others that I have seen in him throughout our friendship.

I have also experienced Brant's compassion personally during a difficult period in my own life. Over the past six months, I have been hospitalized several times because [redacted], and I am scheduled for surgery later this month. During this difficult time, Brant took the time to visit me on two separate occasions while I was hospitalized at Emory Hospital.

Those visits meant a great deal to me. I know that Brant has had serious concerns of his own during this same period, which makes his decision to take the time to come see me even more meaningful. He could have understandably remained focused on his own circumstances, but he made the effort to be there for his friend.

After nearly five decades of friendship, I believe that speaks volumes about Brant's character. He has shown me that friendship is not simply about sharing good times or having enjoyable conversations. It is also about being there for someone when they are going through a difficult time. I will always be grateful that Brant was there for me when I needed a friend.

I fully understand that the Court must consider the circumstances before it and that sentencing is a serious responsibility. I do not presume to tell the Court what decision it should make. I simply want to share, as honestly as I can, my experience with the man I have known for 47 years.

Brant has been a loyal friend to me for nearly half a century. I have known him to be thoughtful, compassionate, generous with his time, and genuinely concerned about other people. I hope that, as you consider all of the information before you, you will also take into consideration the character of the person I have had the privilege of knowing for so many years.

Thank you for taking the time to read my letter and for considering my perspective on Brant Frost.

Respectfully,

*James Lester Souter III*

James Lester Souter III

**The Honorable Leigh Martin May**

Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**Re: Character Reference for Mr. Brant Frost**

Dear Judge May:

I am writing to offer my personal character reference for Mr. Brant Frost, whom I have known for more than thirty years. I am an architect who has practiced in Georgia throughout my professional career, and during that time I have had the privilege of working with Brant on numerous healthcare, senior-living, and community projects. Few people I have encountered professionally have left a more lasting impression on me.

I first came to know Brant through a mutual client, Dr. Dale McCord, founder of Atlanta Oncology Associates. My relationship with Dr. McCord and his organization began in 1988 and ultimately involved more than thirty-five years and seventeen building projects. Through that relationship, and many others that followed, I came to know Brant not simply as a financial professional, but as a trusted advisor whose judgment, integrity, and willingness to find solutions repeatedly made difficult projects possible.

Over the decades, I personally witnessed Brant provide sound financial counsel and access to capital for healthcare and long-term-care projects that might otherwise have been overlooked or abandoned. He had a remarkable ability to look beyond the immediate financial transaction and understand what a project could mean to the people it would ultimately serve. His work helped create places where patients received care, where families found hope, and where older adults could live with dignity and community.

Our most recent project together was a substantial senior-housing development for a faith-based organization in Georgia that provides charitable housing and services to retired pastors and church personnel, as well as affordable housing and services to others in the community.

It is difficult to measure the value of that kind of contribution.

How do you measure the value of helping provide a cancer patient access to leading-edge healthcare? How do you place a dollar value on giving an elderly widow or widower a safe home, a sense of belonging, and the dignity of living out the remainder of life in a caring community?

Those are the things I have seen behind Brant's work. His professional accomplishments are measurable, but the human impact of what he helped make possible is much harder to quantify.

More importantly, over more than thirty years I have come to know the man behind the professional accomplishments. I have found Brant to be honest, steadfast, thoughtful, generous, and deeply committed to his faith. He is not a man of flash or self-promotion. His influence comes quietly—through hard work, keeping his word, treating people with respect, and extending a helping hand when someone needs it.

And I can say something more personal: **my own life has been better because I have known Brant Frost.** Nearly every interaction I have had with him has left me with a greater appreciation for integrity, perseverance, generosity, and the importance of doing the right thing even when no one is watching.

I understand that the Court must consider the matter before it based upon the facts and circumstances presented to it. I am not writing to address those matters or to offer an opinion about the legal proceedings. I am writing simply because I believe the Court should have the benefit of knowing the man I have known for more than three decades.

Brant Frost is a good man who has spent his professional life helping other people succeed. His influence has reached far beyond the financial transactions in which he participated. It has touched patients, families, seniors, healthcare professionals, churches, businesses, and communities—and it has touched me.

I consider it a privilege to call Brant my friend, and I offer the Court my strongest personal recommendation regarding his character and integrity.

Thank you for taking the time to consider my perspective.

Respectfully,

**Paul W. Stegenga, AIA**
Architect
[redacted]

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

08/05/26

Dear Judge May,

I am writing on behalf of Brant Frost. I have known Mr. Frost for thirty-five years and can attest to his character during the time I have known him. Brant has helped an enormous number of individuals and organizations during the time I have known him. I believe he can still serve the community in the future. He has the attributes of generosity and can attest that he has been a help when people needed encouragement. And I will say that when I needed encouragement and was at a low point in my life Brant was always there for me as well as to so many others.

Thanks for your consideration.

Eric Swartz

Honorable Leigh Martin May

Chief U.S. District Judge

2167 Richard B. Russell Federal Building and U.S. Courthouse

75 Ted Turner Drive S.W.

Atlanta, Georgia 30303-3309

August 29th, 2026

Dear Judge May;

I have known Brant Frost since 1988 when we worked together on the Pat Robertson Presidential Campaign. I was a delegate to the Georgia State GOP Convention where we worked together to get Conservative Christian delegates elected to the National GOP Nominating Convention. We later worked to encourage Conservative Christians to participate in Republican Party politics and to hold candidates to the Republican Party platform over many years to the present.

Brant was also instrumental in helping me to get a mortgage loan and later a Reverse Mortgage loan when my wife [redacted].

I would trust him with my life. He has always been a fine, morally upright man in my eyes.

Sincerely,

Mayor David Theiss

[redacted]

[redacted]

# Oakside Baptist Church

Tim Tidwell, Pastor

1921 Hamilton Road
LaGrange, GA 30241-6015
www.oakside.org

Phone: 706-882-7728
Email: obc@oakside.org

October 5, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May:

We met Brant Frost about 34 years ago in Newnan. His family befriended us as we were a young couple and had recently had our first child. In fact, Brant and his wife had a son the same age as our son - two.

Mr. Frost was helpful to us in some business decisions. I always looked to him as a godly man of character. He was always available, and so kind - willing to minister to us at any time. His entire family was, and still is, this way. I have always counted him as a dear friend, even though we moved to Florida for 20 years. We have stayed in touch, and he has remained someone I could count on if I had a need.

He has shared with me his regret over what has happened, and seems committed to right the wrongs, and make restitution.

Thank you for taking the time to read this letter. We are praying for wisdom on your part, and that God's will be done.

Sincerely,

Pastor R. Timothy Tidwell

Honorable Leigh Martin May 08/02/26
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Dear Judge May

My name is Joshua VanDusseldorp and this letter is concerning the character of my friend Brant Frost. I first met Brant about five years ago at the Newnan C12 meeting. I am part of the Auburn group and could not make the date in Auburn that month so I had decided to visit the Newnan group. I could tell after that meeting that day that Brant was the Father figure of the group. He was soft-spoken and biblically wise. We hit it off right away and even though I was not a part of that group on a regular, I had came back and visited many times. During that time until now, Brant and I had a few business dealings, which were very pleasant, but mainly I enjoyed his company and conversation, outside of those dealings.

I had heard from my Auburn C12 group about Brant's arrest. We are not ones to gossip or chatter. I'd only heard the basic facts at first. I remember thinking that this must be impossible. I listened on and the conversation became more realistic. My next thought was and still is ,that I cannot imagine that Brant Frost, would ever intentionally cause anyone harm in anyway.

A few months later, Brant reached out to me. He briefly explained the position he was in and asked me if there was anything that I could find for him to do to provide for his family. I did not hesitate. I believe strongly that I heard a peace from God. And God had asked me to do whatever I could to be a help to Brant as he had always been a help to me. I offered Bryant a sales position in our Generac Generator department. Brant has successfully worked that position from that time to this day. Brant has a humble spirit and fit right in with our team. My team and myself love and appreciate his contribution, and I have great sorrow at the thought of him not being here with us.

When I speak to Brant about his current legal situation, he makes no excuses. I truly believe his goal always during that time was to try to reconcile and make things right. I trust him. I trust him in business, and I trust him as a friend, and a dear brother in Christ.
I would sincerely ask that you would show mercy on him

Thank you

Joshua VanDusseldorp
Abel Electric Inc & Groups
joshuav@abelgroups.net
[redacted]

Heinz W. Wegener
Cross Technologies, Inc.
6170 Shiloh Road
Alpharetta, GA 30005

September 8, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

I have known Brant Frost since 1987 as he has shared his personal testimony at a businessmen's fellowship luncheon (NFL Luncheon, https://www.nfl-luncheon.com/) that I co-host. He has shared on 11/19/87, 3/26/97, 9/24/08, and 3/15/17, and has spoken of his faith and how he tries to apply that in the marketplace.

I have found Brant to be a man of deep faith in Jesus Christ who works hard to witness for Jesus and to be a man of high integrity in all that he does.

Sincerely,

Heinz W. Wegener
President
Cross Technologies, Inc.
6170 Shiloh Road
Alpharetta, GA 30005

Office: 770-886-8005 Ext. 222
Mobile: [redacted]
http://www.crosstechnologies.com
http://www.crosstechnologies.com/founder

***Steps to Peace with God by Billy Graham***
http://www.crosstechnologies.com/peace

WHITE HOUSE RESTAURANT, INC.
3172 PEACHTREE ROAD
ATLANTA, GEORGIA 30305
(404) 237-7601

October 3, 2026

Honorable Leigh Martin May
Chief United States District Judge
2167 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May,

As the staff of the White House Restaurant, we have known Mr. Brant Frost for over 25 years. He comes to our restaurant almost weekly, and can always be found in the same booth with a smile on his face. During every interaction he is kind, thoughtful, always asking about our families and taking a genuine interest in each person he encounters.

Over the years Mr. Frost has shown his care not only for our staff, but the friends he brings with him on a regular basis, like Chester, and Larry before his passing. When our previous owner, Demos, passed away in 2025 Mr. Frost and Larry came to the service to pay their respects.

We are submitting this letter to ask you to please show Mr. Frost the same thoughtful consideration he has shown the people at our restaurant for 25 years.

Respectfully,

The White House Restaurant Staff

Maria Burks
Kathryn Thompson
Dylan Galaktiadis
[illegible]
Catherine Ellis

Honorable Leigh Martin May
Chief United Stated District Judge
2167 Richard B Russell Federal Building and US Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge May

I am pleased to write this character letter in support of Mr. Brant Frost IV. I have known Brant and his family for over 10 years through the Coweta County Republican Party, as well as through our friendship outside of the political realm. I can confidently speak to his integrity, discernment, optimism, and commitment to his family and community.

Brant has consistently demonstrated strong character by treating everyone with dignity and respect, regardless of their race, financial status, political position, employment, or outward appearance. One moment that has always stayed with me occurred at a Christmas potluck dinner held at a rented facility. We were all socializing and preparing to get in line for the meal. Brant led us in prayer, and then, as everyone began lining up, he stepped out of line and invited the janitor, who had been hired by the facility, to join us.

The janitor had been standing quietly nearby. When Brant invited him to take his place in line, it was clear that the gesture deeply moved him. It was as if, in that moment, he realized he was not invisible. Later, when I sat down at a table, I noticed that this same man was seated across from Brant. He was speaking, and someone in a suit approached and interrupted to shake Brant's hand. Brant shook the man's hand briefly and then respectfully asked him to wait because he wanted to hear the janitor's story. I later learned that the person in the suit was a Senator. That moment, and many others over the years, reflected who Brant is at his core.

In my experience, Brant is a man of compassion, faith, and strong personal values. He has shown himself to be someone who cares deeply about others and about doing what is right. I respectfully ask the Court to consider my perspective on his character as you evaluate the matter before you.

Thank you for your time and consideration.

Amy Wilson

28 September 2026

Honorable Leigh Martin May

Chief United States District Judge

2167 Richard B. Russell Federal Building & U.S. Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303-3309

Re: Character Reference for Brant Frost IV

Dear Judge May:

I am writing to offer a character reference for Edwin Brant Frost IV whom I have known for over four years as a friend. I make this statement willingly and from firsthand knowledge of his character, his family life, and his relationships in the community.

Brant is sixty-nine years old and has been married to his wife for thirty eight years. Together they have raised five wonderful children. In every setting in which I have observed him, he has been a devoted family man—present, steady, and attentive to the people in his care. His home life reflects loyalty, patience, and a consistent commitment to his wife and children and grandchild.

He is a regular church attendee. His faith is not a matter of appearance; it shows in how he treats others. He is calm and relaxed in manner, never hurried or harsh, and he is unfailingly friendly. People of all ages find him easy to approach. He listens well, speaks with courtesy, and leaves those around him more at ease than he found them.

He is also a hard worker and a good citizen. He meets his obligations, and contributes quietly to the life of the community without seeking credit. I have never known him to be dishonest, quarrelsome, or indifferent to the welfare of others. His conduct has been, in my experience, reliable and honorable.

Based on my knowledge of Brant, I believe him to be a man of good character: a faithful husband, a responsible father, a peaceful neighbor, and a person whose word and example can be trusted. I respectfully ask that this letter be given due consideration.

I am willing to discuss this reference further if that would be helpful. Thank you for your time and attention.

Sincerely,

Eugene C. Witt

[redacted]